IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES DIVISION, IBT<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MEDIATION BOARD<br><br>and<br><br>CSX TRANSPORTATION, INC.<br><br>Defendants. | Case No. 1:06CV01532-CKK |

## DEFENDANT CSX TRANSPORTATION, INC'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant, CSX Transportation, Inc. ("CSXT") respectfully moves this Court for an extension of time to file an answer or other responsive pleading to the complaint in this case.

On August 30, 2006, Plaintiff, Brotherhood of Maintenance of Way Employees Division, IBT ("BMWED"), filed a complaint alleging that both the National Mediation Board ("NMB") and CSXT violated the Railway Labor Act with respect to matters to be arbitrated between BMWED and CSXT. CSXT's responsive pleading to the complaint is currently due on October 31, 2006. However, NMB's responsive pleading to the complaint is due on November 6, 2006. CSXT therefore requests an extension until November 6, 2006 for to file its responsive pleading.

## RULE 7 (m) CERTIFICATION

On October 26, 2006, counsel for CSXT conferred with Plaintiff's counsel Richard Edelman regarding the deadline for responding to the complaint. Plaintiff's counsel stated that he does not oppose an extension to and including November 6, 2006.

## MEMORANDUM

The Court has the authority pursuant to Rule 6 of the Federal Rules of Civil Procedure to grant the relief requested herein.

Accordingly, CSXT respectfully request that this Court grant it an extension of time to file an answer or other responsive pleading to the complaint through and including November 6, 2006. This extension is not sought for the purpose of undue delay and will not prejudice Plaintiff.

Respectfully submitted,

By: s/ Ronald M. Johnson
Ronald M. Johnson
AKIN GUMP STRAUSS HAUER
& FELD, LLP
1333 New Hampshire Ave., N.W.
Washington, D.C.  20036
Tel: (202) 887-4000
Fax: (202) 887-4288

Attorney for Defendant,
**CSX Transportation, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2006, I electronically filed the foregoing Defendant CSX Transportation, Inc.'s Unopposed Motion and Memorandum for an Extension to File an Answer with the Clerk of the Court using the CM/ECF system.

I further certify that I mailed the foregoing document and the notice of electronic filing by United States mail to the following:

ATTORNEY FOR PLAINTIFF

Richard S. Edelman
O'Donnell, Schwartz & Anderson, P.C.
1900 L. Street, N.W.
Suite 800
Washington, D.C. 20036

ATTORNEY FOR NATIONAL MEDIATION BOARD
Peter Bryce
Trial Attorney
United States Department of Justice
Civil Division, Rm. 7308
20 Massachusetts Avenue, NW
Washington, D.C. 20530

By: s/ Ronald M. Johnson
    Ronald M. Johnson
    AKIN GUMP STRAUSS HAUER
    & FELD, LLP
    1333 New Hampshire Ave., N.W.
    Washington, D.C. 20036
    Tel: (202) 887-4000
    Fax: (202) 887-4288

    Attorney for Defendant,
    **CSX Transportation, Inc.**