IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, DIVISION, IBT, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD <br><br> and <br><br> CSX TRANSPORTATION, INC., <br><br> Defendants. | Case No.: 1:06cv01532-CKK |

**DEFENDANTS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. Pro. 6(b), Defendants National Mediation Board and CSX Transportation, Inc. ("CSXT") respectfully request a four-day extension, until Thursday, November, 9, 2006, to file their respective answers or responsive pleadings. Currently, their answer or responsive pleading are due today.

**MEMORANDUM**

The extension is being requested because of system-wide server problems being experienced throughout the Department of Justice today. These problems have prevented counsel for the National Mediation Board from printing or accessing documents on the Department's system and from accessing the internet or electronic mail. It is unclear when the server problem will be resolved.

CSXT is requesting a similar extension to enable it to file its answer or responsive pleading at the same time as its co-defendant. CSXT has prepared this joint request because of the Department's server problems.

## RULE 7(m) CERTIFICATION

Counsel for the Government, CSXT and the plaintiff Brotherhood of Maintenance of Way Employes, Division of IBT, conferred this morning about the Department's server problem and counsel is authorized to state that counsel for plaintiff does not object to the requested extension.

Accordingly, Defendants request that the Court grant them an extension of time to file an answer or other responsive pleading through and including November 9, 2006. This extension is not sought for the purpose of undue delay and will not prejudice Plaintiff.

Respectfully submitted,

By: s/ Ronald M. Johnson
    Ronald M. Johnson
    AKIN GUMP STRAUSS HAUER
     & FELD, LLP
    1333 New Hampshire Ave., N.W.
    Washington, D.C. 20036
    Tel: (202) 887-4000
    Fax: (202) 887-4288

    Attorney for Defendant,
    **CSX Transportation, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, DIVISION, IBT, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD <br><br> and <br><br> CSX TRANSPORTATION, INC., <br><br> Defendants. | Case No.: 1:06cv01532-CKK |

## **PROPOSED ORDER**

For good cause shown, Defendants' unopposed motion for an extension of time through and including November 9, 2006 to file an answer or responsive pleading is granted.

_____

U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2006, I electronically filed the foregoing Defendant CSX Transportation, Inc.'s Unopposed Motion for an Extension to File an Answer with the Clerk of the Court using the CM/ECF system.

I further certify that I mailed the foregoing document and the notice of electronic filing by United States mail to the following:

ATTORNEY FOR PLAINTIFF
Richard S. Edelman
O'Donnell, Schwartz & Anderson, P.C.
1900 L. Street, N.W.
Suite 800
Washington, D.C. 20036

ATTORNEY FOR NATIONAL MEDIATION BOARD
Peter Bryce
Trial Attorney
United States Department of Justice
Civil Division, Rm. 7308
20 Massachusetts Avenue, NW
Washington, D.C. 20530

                                        By: <u>s/ Ronald M. Johnson</u>
                                             Ronald M. Johnson
                                             AKIN GUMP STRAUSS HAUER
                                             & FELD, LLP
                                             1333 New Hampshire Ave., N.W.
                                             Washington, D.C. 20036
                                             Tel: (202) 887-4000
                                             Fax: (202) 887-4288

                                             Attorney for Defendant,
                                             **CSX Transportation, Inc.**