# ATTACHMENT 1



# Brotherhood of Maintenance of Way Employes Division
## of the International Brotherhood of Teamsters

Freddie N. Simpson
*President*

Perry K. Geller, Sr.
*Secretary-Treasurer*

**(VIA E-MAIL AND
OVERNIGHT DELIVERY)**

June 24, 2005

Mr. Roland Watkins
Director of Arbitration Services
National Mediation Board
1301 "K" Street, N.W.
Suite 250 East Tower
Washington, DC 20572

Dear Mr. Watkins:

The purpose of this letter is to request that the National Mediation Board select and name a referee to sit with the Third Division of the National Railroad Adjustment Board to decide certain cases pursuant to Section 3 First (l) of the Railway Labor Act which, in pertinent part, provides as follows:

> "(l)  *** Should the division fail to agree upon and select a referee within ten days of the date of the deadlock or inability to secure a majority vote, then the division, or any member thereof, or the parties or either party to the dispute may certify that fact to the Mediation Board, **which Board shall, within ten days from the date of receiving such certificate, select and name the referee to sit with the division as a member thereof and make an award. ***"** (Emphasis in bold added)

The undersigned member of the Third Division of the NRAB, Mr. Roy Robinson, hereby certifies that the ten cases identified on Attachment "A" hereto have been deadlocked at the Third Division of the NRAB and that the division has failed to agree upon and select a referee for any of these cases within ten days. The individual deadlock letters and the deadlock lists documenting the deadlocking of these cases on September 30, 2004, February 23, 2005 and May 20, 2005 are reproduced as Attachments "B" and "C", respectively. Therefore, in our respective capacities as a party to the disputes and Third Division member, the undersigned are requesting that the NMB, within ten days, select and name a referee to sit with the division and make awards on the attached ten cases pending between BMWED and CSX Transportation, Inc.

150 S. Wacker Drive, Suite 300
Chicago, IL 60606-4101
Telephone 312.630.9328    Facsimile 312.630.9438
www.bmwe.org

Mr. Roland Watkins
June 24, 2005
Page Two

We request that you kindly address subsequent correspondence concerning the selection and name of the referee to our office in Chicago and we thank you in advance for your prompt and professional attention to this important matter.

Respectfully submitted,

Freddie N. Simpson
President

Roy C. Robinson
NRAB Third Division Labor Member

Attachments

cc:    Mr. J. H. Wilson, Senior Director, Labor Relations w/attachments
       Mr. Steve Powers, Assistant to President w/attachments
       Mr. Randy Cook, Vice President w/attachments
       Mr. Henry Wise, Vice President w/attachments
       Mr. Perry Geller, General Chairman w/attachments
       Mr. Randall Brassell, General Chairman w/attachments
       Mr. Mike Lesnik, Chairman NRAB Third Division w/attachments
       Mr. William Miller, Vice Chairman NRAB Third Division w/attachments

# ATTACHMENT "A"

# ATTACHMENT "A"

| NRAB DOCKET | BMWED FILE | CSX FILE | CLAIMANT(S) | DEADLOCK DATE |
|---|---|---|---|---|
| 38317 | 13800/51 | 12(03-0546) | Champa, K. et al. | 09/30/04 |
| 38318 | 13801/13 G31804903 | 12(03-0424) | Downey, E. et al. | 09/30/04 |
| 38330 | 13809/13 I59715303 | 12(03-0346) | Corbin, D. et al. | 02/23/05 |
| 38331 | 13810/13 G24803203 | 12(03-0353) | Ferguson, J. Et al. | 02/23/05 |
| 38333 | 13812/13 G31802303 | 12(03-0401) | Downey, E. | 02/23/05 |
| 38581 | 14052/51 | 12(03-0731) | Champa, K. et al. | 05/20/05 |
| 38622 | 14069/51 | 12(03-0905) | Kemp, W. et al. | 05/20/05 |
| 38623 | 14070/51 | 12(03-0909) | Lemmon, G. et al. | 05/20/05 |
| 38642 | 14098/51 | 12(03-0959) | Colarusso, A. et al. | 05/20/05 |
| 38654 | 14108/13 D21360304 | 12(04-0312) | Spradlin, W. | 05/20/05 |

# ATTACHMENT "B"

13800



NATIONAL RAILROAD ADJUSTMENT BOARD
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

(312) 751-4688

September 30, 2004

RE: Docket No. MW-38317

Mr. James T. Klimtzak
Director-Labor Relations
CSX Transportation, Inc.(J455)
500 Water Street
Jacksonville, FL 32202

Mr. Freddie N. Simpson, Acting President
Brotherhood of Maintenance of Way Employes
150 South Wacker Drive, Room 300
Chicago, IL 60606

Gentlemen:

I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket has been deadlocked.

If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

*W. R. Miller/lp*
W. R. Miller, Chairman

*M. C. Lesnik/lq*
M. C. Lesnik, Vice Chairman

13801



NATIONAL RAILROAD ADJUSTMENT BOARD
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

(312) 751-4688

September 30, 2004

RE: Docket No. MW-38318

Mr. James T. Klimtzak
Director-Labor Relations
CSX Transportation, Inc.(J455)
500 Water Street
Jacksonville, FL 32202

Mr. Freddie N. Simpson, Acting President
Brotherhood of Maintenance of Way Employes
150 South Wacker Drive, Room 300
Chicago, IL 60606

Gentlemen:

I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket has been deadlocked.

If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

W. R. Miller, Chairman

M. C. Lesnik, Vice Chairman

13809



(312) 751-4688

NATIONAL RAILROAD ADJUSTMENT BOARD
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

February 23, 2005

RE:    NRAB Case No. 04-3-266
Docket No. MW-38330

Mr. J. H. Wilson
Director-Labor Relations
CSX Transportation, Inc.(J-455)
500 Water Street
Jacksonville, FL 32202

Mr. Freddie N. Simpson, President
BMWE
150 S. Wacker Drive, Room 300
Chicago, L 60606

Gentlemen:

I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket MW-38330 has been deadlocked.

If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

M. C. Lesnik, Chairman

W. R. Miller, Vice Chairman

13810



**NATIONAL RAILROAD ADJUSTMENT BOARD**
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

(312) 751-4688

February 23, 2005

RE:    NRAB Case No. 04-3-267
Docket No. MW-38331

Mr. J. H. Wilson
Director-Labor Relations
CSX Transportation, Inc.(J-455)
500 Water Street
Jacksonville, FL 32202

Mr. Freddie N. Simpson, President
BMWE
150 S. Wacker Drive, Room 300
Chicago, L 60606

Gentlemen:

I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket MW-38331 has been deadlocked.

If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

*M.C. Leshik / lp*
M. C. Leshik, Chairman

*W.R. Miller / lp*
W. R. Miller, Vice Chairman





NATIONAL RAILROAD ADJUSTMENT BOARD
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

(312) 751-4688

February 23, 2005

RE:    NRAB Case No. 04-3-269
       Docket No. MW-38333

Mr. J. H. Wilson
Director-Labor Relations
CSX Transportation, Inc.(J-455)
500 Water Street
Jacksonville, FL 32202

Mr. Freddie N. Simpson, President
BMWE
150 S. Wacker Drive, Room 300
Chicago, L 60606

Gentlemen:

I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket MW-38333 has been deadlocked.

If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

*M. C. Lesnik*
M. C. Lesnik, Chairman

*W. R. Miller*
W. R. Miller, Vice Chairman





NATIONAL RAILROAD ADJUSTMENT BOARD
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

(312) 751-4688

May 20, 2005

RE:    NRAB Case No. 04-3-610
Docket No. MW-38581

Mr. Freddie N. Simpson, President
Brotherhood of Maintenance of Way Employes
150 S. Wacker Drive, Room 300
Chicago, IL 60606

Mr. J. H. Wilson
Director - Employee Relations
CSX Transportation, Inc.
500 Water Street – S/CJ-455
Jacksonville, FL 32202

Dear Gentlemen:

I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket MW-38581 has been deadlocked.

If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

M. C. Lasnik /kp
M. C. Lesnik, Chairman

W. R. Miller /kp
W. R. Miller, Vice Chairman

14069



NATIONAL RAILROAD ADJUSTMENT BOARD
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

(312) 751-4688

May 20, 2005

RE:    NRAB Case No. 04-3-637
Docket No. MW-38622

Mr. Freddie N. Simpson, President
Brotherhood of Maintenance of Way Employes
150 S. Wacker Drive, Room 300
Chicago, IL 60606

Mr. J. H. Wilson
Director - Employee Relations
CSX Transportation, Inc.
500 Water Street – S/CJ-455
Jacksonville, FL 32202

Dear Gentlemen:

I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket MW-38622 has been deadlocked.

If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

_M. C. Lesnik_
M. C. Lesnik, Chairman

_W. R. Miller_
W. R. Miller, Vice Chairman





NATIONAL RAILROAD ADJUSTMENT BOARD
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

(312) 751-4688

May 20, 2005

RE:    NRAB Case No. 04-3-638
Docket No. MW-38623

Mr. Freddie N. Simpson, President
Brotherhood of Maintenance of Way Employes
150 S. Wacker Drive, Room 300
Chicago, IL 60606

Mr. J. H. Wilson
Director - Employee Relations
CSX Transportation, Inc.
500 Water Street – S/CJ-455
Jacksonville, FL 32202

Dear Gentlemen:

    I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket MW-38623 has been deadlocked.

    If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

M. C. Lesnik, Chairman

W. R. Miller, Vice Chairman

14098



NATIONAL RAILROAD ADJUSTMENT BOARD
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

(312) 751-4688

May 20, 2005

RE:   NRAB Case No. 05-3-20
Docket No. MW-38642

Mr. Freddie N. Simpson, President
Brotherhood of Maintenance of Way Employes
150 S. Wacker Drive, Room 300
Chicago, IL 60606

Mr. J. H. Wilson
Director - Employee Relations
CSX Transportation, Inc.
500 Water Street – S/CJ-455
Jacksonville, FL 32202

Dear Gentlemen:

I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket MW-38642 has been deadlocked.

If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

M. C. Lesnik, Chairman

W. R. Miller, Vice Chairman





NATIONAL RAILROAD ADJUSTMENT BOARD
OF THE
NATIONAL MEDIATION BOARD
844 North Rush Street, Room 944
Chicago, IL 60611-2092

(312) 751-4688

May 20, 2005

RE:    NRAB Case No. 05-3-40
Docket No. MW-38654

Mr. Freddie N. Simpson, President
Brotherhood of Maintenance of Way Employes
150 S. Wacker Drive, Room 300
Chicago, IL 60606

Mr. J. H. Wilson
Director - Employee Relations
CSX Transportation, Inc.
500 Water Street – S/CJ-455
Jacksonville, FL 32202

Dear Gentlemen:

I am directed by the Third Division of the National Railroad Adjustment Board to advise you that Docket MW-38654 has been deadlocked.

If you desire a hearing before the Division with the Referee present, please advise us to that effect promptly.

NATIONAL RAILROAD ADJUSTMENT BOARD
By Order of Third Division

M. C. Lesnik, Chairman

W. R. Miller, Vice Chairman

# ATTACHMENT "C"

## NRAB MEMORANDUM

TO:        Linda Gathings, NRAB Arbitration Assistant

FROM:        W. R. Miller, Chairman or Vice Chairman, Third Division

DATE:        10-14-04

RE:        List of Closed Third Division Cases

Attached to this Memorandum you will find the list for those cases closed in September 2004 with the appropriate corrections. In addition you will find the **Revised List of Closed Third Division Cases.**

By copy of this Memorandum each Third Division Member is being furnished the **Revised List of Closed Third Division Cases.**

Attachments
cc: All Members Third Division

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38245 | | UP (C&NW) | 08/23/04 | 09/08/04 |
| 2. | CL-38246 | | CSXT | 08/23/04 | 09/08/04 |
| 3. | CL-38247 | | CSXT | 08/23/04 | 09/08/04 |
| 4. | MW-38248 | | UP | 08/30/04 | 09/08/04 |
| 5. | MW-38249 | | UP | 08/30/04 | 09/08/04 |
| 6. | MW-38250 | | UP | 08/30/04 | 09/08/04 |
| 7. | MW-38251 | | UP | 08/30/04 | 09/08/04 |
| 8. | SG-38252 | | UP | 08/30/04 | 09/08/04 |
| 9. | SG-38253 | | CSXT | 08/30/04 | 09/08/04 |
| 10. | MW-38254 | | UP | 08/30/04 | 09/08/04 |
| 11. | MW-38255 | | UP | 08/30/04 | 09/08/04 |
| 12. | SG-38256 | | BN | 08/30/04 | 09/08/04 |
| 13. | SG-38257 | | UP | 09/06/04 | 09/30/04 |
| 14. | SG-38258 | | UP | 09/06/04 | 09/30/04 |
| 15. | SG-38259(3rd Party IBEW) | | BN | 09/06/04 | 09/30/04 |
| 16. | SG-38260 | | CSXT | 09/06/04 | 09/30/04 |
| 17. | MW-38261 | | SOO(CMSTPP) | 09/06/04 | 09/30/04 |
| 18. | MS-38262(MW)(OS) | | AMTK | 09/06/04 | 09/30/04 |
| 19. | CL-38263 | | CSXT | 09/06/04 | 09/30/04 |
| 20. | SG-38264 | | CSXT | 09/06/04 | 09/30/04 |
| 21. | SG-38265 | | CSXT | 09/06/04 | 09/30/04 |
| 22. | SG-38266 | | CSXT | 09/06/04 | 09/30/04 |
| 23. | MW-38267 | | TM(SP&ATL) | 09/06/04 | 09/30/04 |
| 24. | MW-38268 | | TM(SP&ATL) | 09/06/04 | 09/30/04 |
| 25. | MW-38269 | | CR | 09/06/04 | 09/30/04 |

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38270 | | UP | 09/06/04 | 09/30/04 |
| 2. | MW-38271 | | CSXT | 09/06/04 | 09/30/04 |
| 3. | MW-38272 | | CSXT | 09/06/04 | 09/30/04 |
| 4. | MW-38273 | | CSXT | 09/06/04 | 09/30/04 |
| 5. | MW-38274 | | CSXT | 09/06/04 | 09/30/04 |
| 6. | MW-38275 | | CSXT | 09/06/04 | 09/30/04 |
| 7. | MW-38276 | | CSXT | 09/06/04 | 09/30/04 |
| 8. | MW-38277 | | CSXT | 09/06/04 | 09/30/04 |
| 9. | MW-38278 | | CSXT | 09/06/04 | 09/30/04 |
| 10. | MW-38279 | | CSXT | 09/06/04 | 09/30/04 |
| 11. | MW-38280 | | CSXT | 09/06/04 | 09/30/04 |
| 12. | MW-38281 | | CSXT | 09/06/04 | 09/30/04 |
| 13. | MW-38282 | | UP (C&NW) | 09/13/04 | 09/30/04 |
| 14. | MW-38283 | | UP (C&NW) | 09/13/04 | 09/30/04 |
| 15. | SG-38284 | | UP | 09/13/04 | 09/30/04 |
| 16. | SG-38285 | | UP | 09/13/04 | 09/30/04 |
| 17. | SG-38286 | | UP | 09/13/04 | 09/30/04 |
| 18. | CL-38287 | | AMTK | 09/13/04 | 09/30/04 |
| 19. | CL-38288 | | AMTK | 09/13/04 | 09/30/04 |
| 20. | MS-38289(MW)(OS) | | CSXT | 09/27/04 | 09/30/04 |
| 21. | MW-38290 | | UP | 09/27/04 | 09/30/04 |
| 22. | MW-38291 | | UP | 09/27/04 | 09/30/04 |
| 23. | MW-38292 (Dsg) | | UP | 09/27/04 | 09/30/04 |
| 24. | MW-38293 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 25. | MW-38294 | | UP | 09/27/04 | 09/30/04 |

## LIST OF CLOSED THIRD DIVISION CASES

| DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|
| 1.  MW-38295 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 2.  SG-38296 | | BN | 09/27/04 | 09/30/04 |
| 3.  SG-38297 (OS) | | AMTK | 09/27/04 | 09/30/04 |
| 4.  CL-38298 | | CSXT | 09/27/04 | 09/30/04 |
| 5.  MW-38299 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 6.  MW-38300 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 7.  SG-38301 (OS) | | BN | 09/27/04 | 09/30/04 |
| 8.  MW-38302 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 9.  SG-38303 3RD Party (BMWE) | | BN | 09/27/04 | 09/30/04 |
| 10. MW-38304 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 11. MW-38305 | | CSXT | 09/27/04 | 09/30/04 |
| 12. MW-38306 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 13. MW-38307 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 14. MW-38308 | | CSXT | 09/27/04 | 09/30/04 |
| 15. MW-38309 | | CP | 09/27/04 | 09/30/04 |
| 16. MW-38310 | | BN (Frisco) | 09/27/04 | 09/30/04 |
| 17. MW-38311 | | CSXT | 09/27/04 | 09/30/04 |
| 18. MW-38312 | | UP | 09/27/04 | 09/30/04 |
| 19. MW-38313 | | CSXT | 09/27/04 | 09/30/04 |
| 20. MW-38314 | | CSXT | 09/27/04 | 09/30/04 |
| 21. MW-38315 | | CSXT | 09/27/04 | 09/30/04 |
| 22. MW-38316 | | CSXT | 09/27/04 | 09/30/04 |
| 23. MW-38317 | | CSXT | 09/27/04 | 09/30/04 |
| 24. MW-38318 | | CSXT | 09/27/04 | 09/30/04 |
| 25. CL-38319 | | CSXT | 09/27/04 | 09/30/04 |

OCT-14-2004 15:45 FROM:TCU-IR          301 330 7672        TO:13126309438        P.5/5

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38320 | | SOO(CMSTPP) | 09/27/04 | 09/30/04 |
| 2. | MS-38321 (CL)(RH) | | UP | 09/27/04 | 09/30/04 |
| 3. | MW-38322 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 4. | SG-38323 3RD Party (BMWE) | | CSXT | 09/27/04 | 09/30/04 |
| 5. | CL-38324 | | CSXT | 09/27/04 | 09/30/04 |
| 6. | CL-38325 (OS) | | IHB | 09/27/04 | 09/30/04 |

March 28, 2005

Ms. Kim Ybanez
Arbitration Assistant
National Railroad Adjustment Board
844 North Rush Street, Rm 944
Chicago, IL  60611

Dear Ms. Ybanez,

Pursuant to our telephone conversation of today's date, please issue deadlock letters to the parties on all cases that have been deadlocked and the parties have not yet been advised. Subsequently, continue to do the same for all cases deadlocked in the future.

Thank you,


William R. Miller
Vice Chairman, NRAB

## LIST OF CLOSED THIRD DIVISION CASES

| DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|
| 1.  MW-38320 | | SOO (CMSTPP) | 09/27/04 | 09/30/04 |
| 2.  MS-38321 (CL)(RH) | | UP | 09/27/04 | 09/30/04 |
| 3.  MW-38322 | | UP (C&NW) | 09/27/04 | 09/30/04 |
| 4.  SG-38323 3RD Party (BMWE)(RH) | | CSXT | 09/27/04 | 09/30/04 |
| 5.  CL-38324 | | CSXT | 09/27/04 | 09/30/04 |
| 6.  CL-38325 (OS) | | IHB | 09/27/04 | 09/30/04 |
| 7.  SG-38326 | | PW | 09/03/04 | 02/23/05 |
| 8.  MW-38327 | | UP (C&NW) | 09/03/04 | 02/23/05 |
| 9.  CL-38328 (OS) | | TRRA | 09/03/04 | 02/23/05 |
| 10.  MW-38329 | | UP (C&NW) | 09/03/04 | 02/23/05 |
| 11.  MW-38330 | | CSXT | 09/03/04 | 02/23/05 |
| 12.  MW-38331 | | CSXT | 09/03/04 | 02/23/05 |
| 13.  MW-38332 | | CSXT | 09/03/04 | 02/23/05 |
| 14.  MW-38333 | | CSXT | 09/03/04 | 02/23/05 |
| 15.  MW-38334 | | CSXT | 09/03/04 | 02/23/05 |
| 16.  MW-38335 | | CSXT | 09/03/04 | 02/23/05 |
| 17.  MW-38336 | | CSXT | 09/03/04 | 02/23/05 |
| 18.  MW-38337 | | SOO (CMSTPP) | 09/03/04 | 02/23/05 |
| 19.  MW-38338 | | UP (C&NW) | 09/03/04 | 02/23/05 |
| 20.  MW-38339 | | CSXT | 09/03/04 | 02/23/05 |
| 21.  MW-38340 | | CSXT | 09/03/04 | 02/23/05 |
| 22.  MW-38341 | | CSXT | 09/03/04 | 02/23/05 |
| 23.  MW-38342 | | CSXT | 09/03/04 | 02/23/05 |
| 24.  MW-38343 | | CSXT | 09/03/04 | 02/23/05 |
| 25.  MW-38344 | | CSXT | 09/03/04 | 02/23/05 |

Revised March 10, 2005

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38345 | | UP (C&NW) | 09/03/04 | 02/23/05 |
| 2. | MW-38346 | | CSXT | 09/03/04 | 02/23/05 |
| 3. | MW-38347 | | CSXT | 09/03/04 | 02/23/05 |
| 4. | MW-38348 | | CSXT | 09/03/04 | 02/23/05 |
| 5. | MW-38349 | | CSXT | 09/03/04 | 02/23/05 |
| 6. | MW-38350 | | CSXT | 09/03/04 | 02/23/05 |
| 7. | MW-38351 | | CSXT | 09/03/04 | 02/23/05 |
| 8. | MW-38352 | | CSXT | 09/03/04 | 02/23/05 |
| 9. | MW-38353 | | CSXT | 09/03/04 | 02/23/05 |
| 10. | MW-38354 | | CSXT | 09/03/04 | 02/23/05 |
| 11. | MW-38355 | | CSXT | 09/10/04 | 02/23/05 |
| 12. | MW-38356 | | UP (SP&ATL) | 09/10/04 | 02/23/05 |
| 13. | MW-38357 | | LST (LSI) | 09/10/04 | 02/23/05 |
| 14. | MW-38358 | | UP (C&NW) | 09/17/04 | 02/23/05 |
| 15. | MW-38359 | | SOO | 09/17/04 | 02/23/05 |
| 16. | MW-38360 (OS)—Heard 3/10/05 Meyers | | BNSF (OS) | 09/17/04 | 02/23/05 |
| 17. | MW-38361 | | SOO | 09/17/04 | 02/23/05 |
| 18. | MW-38362 | | UP (Mo Pac) | 09/24/04 | 02/23/05 |
| 19. | SG-38363 | | CSXT | 09/24/04 | 02/23/05 |
| 20. | MW-38364 | | BNSF | 09/24/04 | 02/23/05 |
| 21. | MW-38365 (OS) | | UP (C&NW) | 09/24/04 | 02/23/05 |
| 22. | MW-38366 | | BNSF | 09/24/04 | 02/23/05 |
| 23. | MW-38367 | | UP (PAC) | 09/24/04 | 02/23/05 |
| 24. | MW-38368 | | UP | 09/24/04 | 02/23/05 |
| 25. | TD-38369 | | BNSF | 09/24/04 | 02/23/05 |

## LIST OF CLOSED THIRD DIVISION CASES

| DOCKET | | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|--------|---|--------|----------|--------|------------|
| 1. | MW-38370 | | CSXT | 09/24/04 | 02/23/05 |
| 2. | MW-38371 | | CSXT | 09/24/04 | 02/23/05 |
| 3. | MW-38372 | | CSXT | 09/24/04 | 02/23/05 |
| 4. | MW-38373 | | CSXT | 09/24/04 | 02/23/05 |
| 5. | MW-38374 | | CSXT | 09/24/04 | 02/23/05 |
| 6. | MW-38375 | | CSXT | 09/24/04 | 02/23/05 |
| 7. | MW-38376 | | CSXT | 09/24/04 | 02/23/05 |
| 8. | MW-38377 | | CSXT | 09/24/04 | 02/23/05 |
| 9. | MW-38378 | | CSXT | 09/24/04 | 02/23/05 |
| 10. | MW-38379 | | CSXT | 09/24/04 | 02/23/05 |
| 11. | MW-38380 | | CSXT | 09/24/04 | 02/23/05 |
| 12. | MW-38381 | | CSXT | 09/24/04 | 02/23/05 |
| 13. | MW-38382 | | CSXT | 09/24/04 | 02/23/05 |
| 14. | MW-38383 | | UP (C&NW) | 10/1/04 | 02/23/05 |
| 15. | SG-38384 | | UP (SP&ATL) | 10/1/04 | 02/23/05 |
| 16. | SG-38385 | | BNSF | 10/1/04 | 02/23/05 |
| 17. | MW-38386 | | CSXT | 10/1/04 | 02/23/05 |
| 18. | CL-38387 | | CSXT | 10/1/04 | 02/23/05 |
| 19. | MW-38388 | | AMTK | 10/1/04 | 02/23/05 |
| 20. | MW-38389 | | CR | 10/1/04 | 02/23/05 |
| 21. | CL-38390 | | UP | 10/1/04 | 02/23/05 |
| 22. | CL-38391 | | CSXT | 10/1/04 | 02/23/05 |
| 23. | MW-38392 | | BNSF | 10/1/04 | 02/23/05 |
| 24. | MW-38393 | | UP (C&NW) | 10/8/04 | 02/23/05 |
| 25. | MW-38394 (OS-S) | | UP (C&NW) | 10/8/04 | 02/23/05 |
| | | | UP | 10/8/04 | 02/23/05 |

Revised March 10, 2005

G:\STORAGE\NRAB\CLOSLIST.2

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38395 | | UP (SP&ATL) | 10/8/04 | 02/23/05 |
| 2. | MW-38396 | | CSXT | 10/8/04 | 02/23/05 |
| 3. | MW-38397 | | CSXT | 10/8/04 | 02/23/05 |
| 4. | MW-38398 | | CSXT | 10/8/04 | 02/23/05 |
| 5. | MW-38399 | | CSXT | 10/8/04 | 02/23/05 |
| 6. | MW-38400 | | CSXT | 10/8/04 | 02/23/05 |
| 7. | MS-38401(CL) | | BNSF | 10/8/04 | 02/23/05 |
| 8. | SG-38402 | | CN | 10/22/04 | 02/23/05 |
| 9. | MW-38403 (SEN.TERM) | | GTW | 10/22/04 | 02/23/05 |
| 10. | MW-38404 (OS) | | UP (SPW) | 10/22/04 | 02/23/05 |
| 11. | MW-38405 | | UP | 10/22/04 | 02/23/05 |
| 12. | MW-38406 | | UP | 10/22/04 | 02/23/05 |
| 13. | SG-38407 | | UP | 10/22/04 | 02/23/05 |
| 14. | SG-38408 | | UP | 10/22/04 | 02/23/05 |
| 15. | MW-38409 | | UP (SP&ATL) | 10/22/04 | 02/23/05 |
| 16. | SG-38410 | | TM | 10/22/04 | 02/23/05 |
| 17. | SG-38411 | | UP | 10/22/04 | 02/23/05 |
| 18. | MW-38412 | | SOO | 10/22/04 | 02/23/05 |
| 19. | MW-38413 | | UP (C&NW) | 10/22/04 | 02/23/05 |
| 20. | CL-38414 | | AMTK | 10/22/04 | 02/23/05 |
| 21. | SG-38415 (OS) | | AMTK | 10/22/04 | 02/23/05 |
| 22. | SG-38416 (OS) | | AMTK | 10/22/04 | 02/23/05 |
| 23. | MW-38417 | | CSX | 10/22/04 | 02/23/05 |
| 24. | MW-38418 | | CSX | 10/22/04 | 02/23/05 |
| 25. | MW-38419 | | CSX | 10/22/04 | 02/23/05 |

Revised March 10, 2005

G:\STORAGE\NRAB\CLOSLIST.2

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38420 | | CSX | 10/22/04 | 2/23/05 |
| 2. | MW-38421 | | UP (SP&ATL) | 10/22/04 | 2/23/05 |
| 3. | CL-38422 | | AMTK | 10/22/04 | 2/23/05 |
| 4. | MW-38423 | | CP (DHR) | 10/22/04 | 2/23/05 |
| 5. | MW-38424 | | CP (DHR) | 10/22/04 | 2/23/05 |
| 6. | MW-38425 | | CP (DHR) | 10/22/04 | 2/23/05 |
| 7. | MW-38426 | | CP (DHR) | 10/22/04 | 2/23/05 |
| 8. | MW-38427 | | UP (C&NW) | 10/22/04 | 2/23/05 |
| 9. | MW-38428 | | CSX | 10/22/04 | 2/23/05 |
| 10. | MW-38429 | | UP (C&NW) | 10/22/04 | 2/23/05 |
| 11. | SG-38430 (OS) | | BNSF | 11/04/04 | 2/23/05 |
| 12. | SG-38431 | | BNSF | 11/04/04 | 2/23/05 |
| 13. | MW-38432 | | UP (C&NW) | 11/04/04 | 2/23/05 |
| 14. | SG-38433 (OS) | | KCS | 11/04/04 | 2/23/05 |
| 15. | SG-38434 | | CSX | 11/04/04 | 2/23/05 |
| 16. | SG-38435 | | UP | 11/04/04 | 2/23/05 |
| 17. | MW-38436 (OS-S) Heard 3/10/05 Meyers | | DMIR | 11/04/04 | 2/23/05 |
| 18. | MW-38437 (OS-S) Heard 3/10/05 Meyers | | MRL | 11/04/04 | 2/23/05 |
| 19. | MW-38438 | | CSX | 11/04/04 | 2/23/05 |
| 20. | MW-38439 (SEN-TERM) | | P&LR | 11/04/04 | 2/23/05 |
| 21. | MW-38440 | | CSX | 11/04/04 | 2/23/05 |
| 22. | MW-38441 | | CSX | 11/04/04 | 2/23/05 |
| 23. | MW-38442 | | CSX | 11/04/04 | 2/23/05 |
| 24. | CL-38443 | | CSX | 11/04/04 | 2/23/05 |
| 25. | MW-38444 | | AMTK | 11/04/04 | 2/23/05 |

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38445 | | CSX | 11/04/04 | 2/23/05 |
| 2. | MW-38446 | | CSX | 11/04/04 | 2/23/05 |
| 3. | MW-38447 | | UP | 11/15/04 | 2/23/05 |
| 4. | MW-38448 | | CSX | 11/15/04 | 2/23/05 |
| 5. | CL-38449 (DISQ) | | CSX | 11/15/04 | 2/23/05 |
| 6. | CL-38450 | | BNSF | 11/15/04 | 2/23/05 |
| 7. | CL-38451 | | CSX | 11/15/04 | 2/23/05 |
| 8. | MW-38452 | | CSX | 11/15/04 | 2/23/05 |
| 9. | MW-38453 | | CSX | 11/15/04 | 2/23/05 |
| 10. | MW-38454 | | CSX | 11/15/04 | 2/23/05 |
| 11. | MW-38455 | | CSX | 11/15/04 | 2/23/05 |
| 12. | MW-38456 | | CSX | 11/15/04 | 2/23/05 |
| 13. | MW-38457 | | CSX | 11/15/04 | 2/23/05 |
| 14. | MW-38458 | | CSX | 11/15/04 | 2/23/05 |
| 15. | MW-38459 | | CSX | 11/15/04 | 2/23/05 |
| 16. | MW-38460 | | CSX | 11/15/04 | 2/23/05 |
| 17. | MW-38461 | | CSX | 11/15/04 | 2/23/05 |
| 18. | MW-38462 | | BNSF(SP&ATL) | 11/15/04 | 2/23/05 |
| 19. | MW-38463 | | CSX | 11/15/04 | 2/23/05 |
| 20. | MW-38464(Disq & Susp) | | Amtrak | 11/15/04 | 2/23/05 |
| 21. | MW-38465 | | Amtrak | 11/15/04 | 2/23/05 |
| 22. | MW-38466 | | UP (C&NW) | 11/15/04 | 2/23/05 |
| 23. | SG-38467 | | BNSF | 11/30/04 | 2/23/05 |
| 24. | MW-38468 | | Amtrak | 11/30/04 | 2/23/05 |
| 25. | MW-38469 | | CSXT | 11/30/04 | 2/23/05 |

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38470 (OS) _Heard 3/9/05 Bierig_ | | BNSF | 11/30/04 | 2/23/05 |
| 2. | MW-38471 | | CSXT | 11/30/04 | 2/23/05 |
| 3. | MW-38472 | | AMTRAK | 11/30/04 | 2/23/05 |
| 4. | MW-38473 (DISQ) | | UP (MoPAC) | 11/30/04 | 2/23/05 |
| 5. | MW-38474 | | AMTRAK | 11/30/04 | 2/23/05 |
| 6. | CL-38475 | | CSXT | 11/30/04 | 2/23/05 |
| 7. | MS-38476 | | UP | 12/10/04 | 2/23/05 |
| 8. | MS-38477 | | BNSF | 12/10/04 | 2/23/05 |
| 9. | TD-38478 | | BNSF | 12/10/04 | 2/23/05 |
| 10. | SG-38479 | | UP | 12/10/04 | 2/23/05 |
| 11. | SG-38480 | | BNSF | 12/10/04 | 2/23/05 |
| 12. | SG-38481 | | UP | 12/10/04 | 2/23/05 |
| 13. | MW-38482 | | UP (SP&ATL) | 12/10/04 | 2/23/05 |
| 14. | MW-38483 | | CSXT | 12/10/04 | 2/23/05 |
| 15. | MW-38484 | | CSXT | 12/10/04 | 2/23/05 |
| 16. | MW-38485 | | UP | 12/10/04 | 2/23/05 |
| 17. | MW-38486 (SEN TERM) | | UP | 12/10/04 | 2/23/05 |
| ~~18.~~ | ~~MW-38487 (OS)~~ W/D 3/2/05 | | TM (SP&ATL) | 12/10/04 | 2/23/05 |
| 19. | MW-38488 | | CSXT | 12/10/04 | 2/23/05 |
| 20. | MW-38489 | | AMTRAK | 12/10/04 | 2/23/05 |
| 21. | MW-38490 | | AMTRAK | 12/10/04 | 2/23/05 |
| 22. | MW-38491 | | CSXT | 12/10/04 | 2/23/05 |
| 23. | MW-38492 | | CSXT | 12/10/04 | 2/23/05 |
| 24. | MW-38493 | | CSXT | 12/10/04 | 2/23/05 |
| 25. | MW-38494 | | CSXT | 12/10/04 | 2/23/05 |

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38495 | | CSXT | 12/10/04 | 2/23/05 |
| 2. | MW-38496 | | CSXT | 12/10/04 | 2/23/05 |
| 3. | MW-38497 | | CSXT | 12/17/04 | 2/23/05 |
| 4. | MW-38498 | | CSXT | 12/17/04 | 2/23/05 |
| 5. | MW-38499 | | CSXT | 12/17/04 | 2/23/05 |
| 6. | MW-38500 | | CSXT | 12/17/04 | 2/23/05 |
| 7. | MW-38501 (OS) Heard 3/10/05 Meyers | | BNSF | 12/17/04 | 2/23/05 |
| 8. | MW-38502 (DISQ) | | BNSF (SP&ATL) | 12/17/04 | 2/23/05 |
| 9. | MW-38503 (DISQ) | | UP (SP&ATL) | 12/17/04 | 2/23/05 |
| 10. | MW-38504 | | UP | 12/17/04 | 2/23/05 |
| 11. | MW-38505 | | UP (C&NW) | 12/17/04 | 2/23/05 |
| 12. | MW-38506 | | UP (C&NW) | 12/17/04 | 2/23/05 |
| 13. | MW-38507 | | TM (SP&ATL) | 12/17/04 | 2/23/05 |
| 14. | CL-38508 | | BNSF | 12/17/04 | 2/23/05 |
| 15. | CL-38509 | | CSXT | 12/17/04 | 2/23/05 |
| 16. | CL-38510 | | CSXT | 12/17/04 | 2/23/05 |
| 17. | CL-38511 | | CSXT | 12/17/04 | 2/23/05 |
| 18. | MW-38512 (OS) | | BN | 12/30/04 | 2/23/05 |
| 19. | CL-38513 (MED/OS) | | AMTK | 12/30/04 | 2/23/05 |
| 20. | MW-38514 | | CSXT | 12/30/04 | 2/23/05 |
| 21. | TD-38515 | | BN | 12/30/04 | 2/23/05 |
| 22. | MW-38516 | | SOO (CMSTPP) | 12/30/04 | 2/23/05 |
| 23. | MW-38517 | | CSXT | 12/30/04 | 2/23/05 |
| 24. | MW-38518 | | CSXT | 12/30/04 | 2/23/05 |
| 25. | MW-38519 | | CSXT | 12/30/04 | 2/23/05 |

## LIST OF CLOSED THIRD DIVISION CASES

| DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|
| 1.  MW-38520 | | CSXT | 12/30/04 | 2/23/05 |
| 2.  MW-38521 | | CSXT | 12/30/04 | 2/23/05 |
| 3.  MW-38522 | | CSXT | 12/30/04 | 2/23/05 |
| 4.  MW-38523 | | SOO (CMSTPP) | 12/30/04 | 2/23/05 |
| 5.  MW-38524 | | CSXT | 12/30/04 | 2/23/05 |
| 6.  MW-38525 | | AMTK | 12/30/04 | 2/23/05 |
| 7.  MW-38526 | | AMTK | 12/30/04 | 2/23/05 |
| 8.  MW-38527 | | AMTK | 12/30/04 | 2/23/05 |
| 9.  TD-38528 | | BN | 12/30/04 | 2/23/05 |
| 10. MW-38529 | | CSXT | 12/30/04 | 2/23/05 |
| 11. MW-38530 | | CSXT | 12/30/04 | 2/23/05 |
| 12. TD-38531 | | BN | 12/30/04 | 2/23/05 |
| 13. MW-38532 | | CSXT | 1/18/05 | 2/23/05 |
| 14. MW-38533 | | CSXT | 1/18/05 | 2/23/05 |
| 15. MW-38534 | | CSXT | 1/18/05 | 2/23/05 |
| 16. MW-38535 | | CSXT | 1/18/05 | 2/23/05 |
| 17. MW-38536 | | CSXT | 1/18/05 | 2/23/05 |
| 18. MW-38537 | | CSXT | 1/18/05 | 2/23/05 |
| 19. MW-38538 | | CSXT | 1/18/05 | 2/23/05 |
| 20. MW-38539 | | CSXT | 1/18/05 | 2/23/05 |
| 21. MW-38540 | | CSXT | 1/18/05 | 2/23/05 |
| 22. MW-38541 | | UP (C&NW) | 1/18/05 | 2/23/05 |
| 23. MW-38542 | | UP (C&NW) | 1/18/05 | 2/23/05 |
| 24. MW-38543 | | TM (SP&ATL) | 1/18/05 | 2/23/05 |
| 25. MW-38544 | | TX (SP&ATL) | 1/18/05 | 2/23/05 |

Revised March 10, 2005

54    G:\STORAGE\NRAB\CLOSLIST.2

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | TD-38545 | | BNSF | 1/18/05 | 2/23/05 |
| 2. | MS-38546 | | NJT | 01/28/05 | 2/23/05 |
| 3. | TD-38547 | | SOO | 01/28/05 | 2/23/05 |
| 4. | TD-38548 | | BN | 01/28/05 | 2/23/05 |
| 5. | MW-38549 | | UP (C&NW) | 01/28/05 | 2/23/05 |
| 6. | MW-38550 | | UP (C&NW) | 01/28/05 | 2/23/05 |
| 7. | MW-38551 | | CSX | 01/28/05 | 2/23/05 |
| 8. | MW-38552 | | CSX | 01/28/05· | 2/23/05 |
| 9. | MW-38553 | | CSX | 01/28/05 | 2/23/05 |
| 10. | MW-38554 | | SOO (CMSTPP) | 01/28/05 | 2/23/05 |
| 11. | MW-38555 | | UP | 01/28/05 | 2/23/05 |
| 12. | MW-38556 | | UP (C&NW) | 01/28/05 | 2/23/05 |

# NRAB MEMORANDUM

TO:        Kim Ybanez, NRAB Arbitration Assistant

FROM:      W.R. Miller, Chairman or Vice Chairman, Third Division

DATE:      May 20, 2005

RE:        LIST OF CLOSED THIRD DIVISION CASES

Attached to this Memorandum you will find the list for those cases closed in February thru April with the appropriate corrections.  In addition you will find the **Revised List of Closed Third Division Cases**.

By copy of this Memorandum each Third Division Member is being furnished the **Revised List of Closed Third Division Cases**.

Attachments

cc:    All Members Third Division

## LIST OF CLOSED THIRD DIVISION CASES

| DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|
| 1.  TD-38545 | | BNSF | 1/18/05 | 2/23/05 |
| 2.  MS-38546 | | NJT | 01/28/05 | 2/23/05 |
| 3.  TD-38547 | | SOO | 01/28/05 | 2/23/05 |
| 4.  TD-38548 | | BN | 01/28/05 | 2/23/05 |
| 5.  MW-38549 | | UP (C&NW) | 01/28/05 | 2/23/05 |
| 6.  MW-38550 | | UP (C&NW) | 01/28/05 | 2/23/05 |
| 7.  MW-38551 (RH) | | CSX | 01/28/05 | 2/23/05 |
| 8.  MW-38552 (RH) | | CSX | 01/28/05 | 2/23/05 |
| 9.  MW-38553 (RH) | | CSX | 01/28/05 | 2/23/05 |
| 10. MW-38554 | | SOO (CMSTPP) | 01/28/05 | 2/23/05 |
| 11. MW-38555 | | UP | 01/28/05 | 2/23/05 |
| 12. MW-38556 | | UP (C&NW) | 01/28/05 | 2/23/05 |
| 13. TD-38557 | | BN | 02/04/05 | 05/20/05 |
| 14. TD-38558 (OS) | | BN | 02/04/05 | 05/20/05 |
| 15. MW-38559 | | BN Frisco | 02/04/05 | 05/20/05 |
| 16. CL-38560 | | CSX | 02/04/05 | 05/20/05 |
| 17. CL-38561 | | CSX | 02/04/05 | 05/20/05 |
| 18. CL-38562 | | CSX | 02/04/05 | 05/20/05 |
| 19. SG-38563 | | BN | 02/04/05 | 05/20/05 |
| 20. CL-38564 | | UP | 02/04/05 | 05/20/05 |
| 21. MW-38565 | | CSX | 02/04/05 | 05/20/05 |
| 22. MW-38566 | | SOO CMSTPP | 02/04/05 | 05/20/05 |
| 23. MW-38567 | | CSX | 02/04/05 | 05/20/05 |
| 24. MW-38568 | | CSX | 02/04/05 | 05/20/05 |
| 25. MW-38569 | | CSX | 02/04/05 | 05/20/05 |

Revised May 20, 2005

G:\STORAGE\NRAB\CLOSLIST.2

## LIST OF CLOSED THIRD DIVISION CASES

| DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|
| 1.  MW-38570 | | CSX | 02/04/05 | 05/20/05 |
| 2.  MW-38571 | | CSX | 02/04/05 | 05/20/05 |
| 3.  MW-38572 | | UP SP ATL | 02/18/05 | 05/20/05 |
| 4.  MW-38573 | | UP SP ATL | 02/18/05 | 05/20/05 |
| 5.  MW-38574 | | UP C&NW | 02/18/05 | 05/20/05 |
| 6.  MW-38575 | | CSXT | 02/18/05 | 05/20/05 |
| 7.  MW-38576 | | CSXT | 02/18/05 | 05/20/05 |
| 8.  MW-38577 | | CSXT | 02/18/05 | 05/20/05 |
| 9.  MW-38578 | | CSXT | 02/18/05 | 05/20/05 |
| 10. MW-38579 | | AMTRAK | 02/18/05 | 05/20/05 |
| 11. MW-38580 | | MRL BURNOR | 02/18/05 | 05/20/05 |
| 12. MW-38581 | | CSXT | 02/18/05 | 05/20/05 |
| 13. MW-38582 | | CSXT | 02/18/05 | 05/20/05 |
| 14. MW-38583 | | CSXT | 02/18/05 | 05/20/05 |
| 15. TD-38584 | | BNSF | 02/18/05 | 05/20/05 |
| 16. TD-38585 | | BNSF | 02/18/05 | 05/20/05 |
| 17. TD-38586 | | BNSF | 02/18/05 | 05/20/05 |
| 18. CL-38587 | | BNSF | 02/18/05 | 05/20/05 |
| 19. CL-38588 | | CSXT | 02/18/05 | 05/20/05 |
| 20. CL-38589 | | BNSF | 02/18/05 | 05/20/05 |
| 21. SG-38590 | | CSXT | 02/18/05 | 05/20/05 |
| 22. SG-38591 | | AMTRAK | 02/18/05 | 05/20/05 |
| 23. SG-38592 | | AMTRAK | 02/18/05 | 05/20/05 |
| 24. SG-38593 | | CSXT | 02/18/05 | 05/20/05 |
| 25. SG-38594 | | CSXT | 02/18/05 | 05/20/05 |

Revised May 20, 2005

G:\STORAGE\NRAB\CLOSLIST.2

MAY-20-2005 13:53 FROM:TCU-IR          301 330 7672      TO:13126309438          P.4/6

## LIST OF CLOSED THIRD DIVISION CASES

| DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|--------|--------|----------|--------|------------|
| 1.  MW-38595 | | UP C&NW | 03/04/05 | 05/20/05 |
| 2.  MW-38596 (OS) | | UP C&NW | 03/04/05 | 05/20/05 |
| 3.  MW-38597 | | UP C&NW | 03/04/05 | 05/20/05 |
| 4.  MW-38598 | | CSXT | 03/04/05 | 05/20/05 |
| 5.  MW-38599 (OS-S) | | CSXT | 03/04/05 | 05/20/05 |
| 6.  MW-38600 | | CSXT | 03/04/05 | 05/20/05 |
| 7.  MW-38601 | | CSXT | 03/04/05 | 05/20/05 |
| 8.  MW-38602 | | CP RAIL DHR | 03/04/05 | 05/20/05 |
| 9.  MW-38603 | | CP RAIL DHR | 03/04/05 | 05/20/05 |
| 10. SG-38604 | | CSXT | 03/04/05 | 05/20/05 |
| 11. SG-38605 | | CSXT | 03/04/05 | 05/20/05 |
| 12. SG-38606 | | AMTRAK | 03/04/05 | 05/20/05 |
| 13. SG-38607 | | AMTRAK | 03/04/05 | 05/20/05 |
| 14. CL-38608 | | BNSF | 03/04/05 | 05/20/05 |
| 15. CL-38609 (OS) | | IHB | 03/04/05 | 05/20/05 |
| 16. TD-38610 | | BNSF | 03/17/05 | 05/20/05 |
| 17. SG-38611 | | AMTRAK | 03/17/05 | 05/20/05 |
| 18. SG-38612 | | AMTRAK | 03/17/05 | 05/20/05 |
| 19. SG-38613 | | UP | 03/17/05 | 05/20/05 |
| 20. MW-38614 | | AMTRAK | 03/17/05 | 05/20/05 |
| 21. MW-38615 | | AMTRAK | 03/17/05 | 05/20/05 |
| 22. MW-38616 | | AMTRAK | 03/17/05 | 05/20/05 |
| 23. MW-38617 (OS) | | BNSF BURNOR | 03/17/05 | 05/20/05 |
| 24. MW-38618 | | UP C&NW | 03/17/05 | 05/20/05 |
| 25. MW-38619 | | UP C&NW | 03/17/05 | 05/20/05 |

Revised May 20, 2005

G:\STORAGE\NRAB\CLOSLIST.2

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | MW-38620 | | TM SP ATL | 03/17/05 | 05/20/05 |
| 2. | MW-38621 | | CSXT | 03/17/05 | 05/20/05 |
| 3. | MW-38622 | | CSXT | 03/17/05 | 05/20/05 |
| 4. | MW-38623 | | CSXT | 03/17/05 | 05/20/05 |
| 5. | MW-38624 | | UP PAC | 03/28/05 | 05/20/05 |
| 6. | MW-38625 | | UP PAC | 03/28/05 | 05/20/05 |
| 7. | MW-38626 | | UP PAC | 03/28/05 | 05/20/05 |
| 8. | MW-38627 | | UP | 03/28/05 | 05/20/05 |
| 9. | MW-38628 (OS-S) | | UP C&NW | 03/28/05 | 05/20/05 |
| 10. | MW-38629 | | UP PAC | 03/28/05 | 05/20/05 |
| 11. | MW-38630 | | UP | 03/28/05 | 05/20/05 |
| 12. | MW-38631 (OS) | | BNSF BURL | 03/28/05 | 05/20/05 |
| 13. | MW-38632 | | BNSF BURNOR | 03/28/05 | 05/20/05 |
| 14. | MW-38633 (OS) | | BNSF MTPL | 03/28/05 | 05/20/05 |
| 15. | MW-38634 | | CSXT | 03/28/05 | 05/20/05 |
| 16. | TD-38635 | | BNSF | 04/08/05 | 05/20/05 |
| 17. | MW-38636 | | BNSF BURNOR | 04/08/05 | 05/20/05 |
| 18. | MW-38637 | | CSXT | 04/08/05 | 05/20/05 |
| 19. | MW-38638 | | CSXT | 04/08/05 | 05/20/05 |
| 20. | MW-38639 | | CSXT | 04/08/05 | 05/20/05 |
| 21. | MW-38640 | | UP C&NW | 04/08/05 | 05/20/05 |
| 22. | MW-38641 | | UP C&NW | 04/08/05 | 05/20/05 |
| 23. | MW-38642 | | CSXT | 04/08/05 | 05/20/05 |
| 24. | MW-38643 | | CSXT | 04/08/05 | 05/20/05 |
| 25. | MW-38644 | | CSXT | 04/08/05 | 05/20/05 |

## LIST OF CLOSED THIRD DIVISION CASES

| | DOCKET | LIST # | RAILROAD | CLOSED | DEADLOCKED |
|---|---|---|---|---|---|
| 1. | SG-38645 | | MB | 04/15/05 | 05/20/05 |
| 2. | SG-38646 | | MB | 04/15/05 | 05/20/05 |
| 3. | SG-38647 | | UP | 04/15/05 | 05/20/05 |
| 4. | MW-38648 | | CSXT | 04/15/05 | 05/20/05 |
| 5. | MW-38649 | | CSXT | 04/15/05 | 05/20/05 |
| 6. | MW-38650 | | CSXT | 04/15/05 | 05/20/05 |
| 7. | MW-38651 | | CSXT | 04/15/05 | 05/20/05 |
| 8. | MW-38652 | | UP C&NW | 04/15/05 | 05/20/05 |
| 9. | MW-38653 | | BNSF BURNOR | 04/15/05 | 05/20/05 |
| 10. | MW-38654 | | CSXT | 04/15/05 | 05/20/05 |
| 11. | MW-38655 | | CSXT | 04/15/05 | 05/20/05 |
| 12. | MW-38656 | | UP C&NW | 04/15/05 | 05/20/05 |
| 13. | SG-38657 | | EJ&E | 04/22/05 | 05/20/05 |
| 14. | SG-38658 | | KCS | 04/22/05 | 05/20/05 |
| 15. | SG-38659 | | KCS | 04/22/05 | 05/20/05 |
| 16. | SG-38660 | | CSXT | 04/22/05 | 05/20/05 |
| 17. | MW-38661 (OS) | | BNSF BURNOR | 04/22/05 | 05/20/05 |
| 18. | MW-38662 | | CSXT | 04/22/05 | 05/20/05 |
| 19. | MW-38663 | | UP C&NW | 04/22/05 | 05/20/05 |
| 20. | MW-38664 | | UP C&NW | 04/22/05 | 05/20/05 |