# ATTACHMENT 2



# Brotherhood of Maintenance of Way Employes Division
### of the International Brotherhood of Teamsters

Freddie N. Simpson
*President*

Perry K. Geller, Sr.
*Secretary-Treasurer*

**SENT VIA ELECTRONIC TRANSMISSION
AND U.S. MAIL**

July 12, 2005

Mr. Edward L. Suntrup
Referee
1001 Green Bay Rd., Ste 313
Winnetka, IL 60093

Dear Mr. Suntrup:

This is in reference to the letter dated June 28, 2005 wherein the National Mediation Board, pursuant to its authority under Paragraph (l) of Section 153, First, of the Railway Labor Act, appointed you to sit with the Third Division of the National Railroad Adjustment Board as a neutral referee and member to make awards on ten (10) cases on which the Carrier and Labor Members are deadlocked.

As the Neutral Member of the Third Division for the ten (10) cases identified in Attachment "A" to the NMB's June 28, 2005 letter, you have the responsibility for resolving deadlocks between the partisan members. The Labor and Carrier Members of the Third Division are now deadlocked with respect to setting a date for the hearing on the ten (10) cases in question. Therefore, I am hereby requesting that you resolve that deadlock by setting a time and place for the hearing consistent with the general purpose of the Railway Labor Act, "... to provide for the prompt and orderly settlement of all disputes growing out of grievances or out of the interpretation or application of agreements covering rates of pay, rules, or working conditions." 45 U.S.C. § 151 (a) (5).

Pursuant to your advice to the Vice Chairman of the Third Division, you were potentially available to hold hearings on these cases on October 10 and 11 and November 3, 2005. While all of these dates are acceptable to the Labor Members, we have concerns about the budgetary constraints that often occur during October of each year. Therefore, we urge you to consider setting a hearing date in August or September 2005 to avoid the potential for such constraints.

150 S. Wacker Drive, Suite 300
Chicago, IL 60606-4101
Telephone 312.630.9328    Facsimile 312.630.9438
www.bmwe.org

Mr. Edward L. Suntrup
July 12, 2005
Page Two

      Thank you in advance for your prompt attention to this important matter.

                                       Sincerely,

                                       Roy C. Robinson
                                       Labor Member
                                       Third Division

cc:    Mr. Roland Watkins, Director - Office of Arbitration Services
       Mr. Martin Fingerhut, Board Chairman
       Mr. William Miller, Board Vice Chairman
       Mr. Mike Lesnik, Third Division Chairman