# ATTACHMENT 3

# Edward L. Suntrup
### Arbitration Services
Main Office: 1001 Green Bay Road, Suite 313 Winnetka, Illinois 60093
Voice: 1-800-819-1759   FAX: 1-847-510-2034
Satellite Offices: Wisconsin & New York City
Electronic Mail: imaa@imaa.com

Roland Watkins
Director of Arbitration Services
National Mediation Board
1301 K Street NW, Suite 250 East
Washington, D.C. 20572

July 14, 2005

### Re: Third Division Appointment - NRAB

Dear Mr. Watkins:

    Last month I accepted an appointment by the NMB to sit as a neutral member on the Third Division of the NRAB. The letter of appointment is dated June 28, 2005. Thereafter, upon receipt of a phone call from William Miller, who sits on the Third Division as a labor member, I offered the Board Members of the Division several prospective dates for hearings on the docket of cases attached to my appointment. Those dates were in the months of October and November of 2005 since I already had Section 3 hearings scheduled on seven different dates in August and September of 2005 prior to the NMB's request that I sit with the Third Division of the NRAB.

    Several days ago my office received a letter from Roy Robinson who is a labor member of the Division requesting whether I might not provide the members of the Division with dates in August or September of 2005 for this docket of cases in view of the budgetary constraints which commonly beset the NMB at the beginning of fiscal years if a federal budget is not established thinking, presumably, that this might happen again in 2005. All of us who are associated with Section 3 work know what he is talking about and the struggles related to scheduling on the part of all parties to the process, including you folks at the NMB, when that happens. But over the years we have all developed skills which allow us to forge ahead, I believe, with a certain degree of efficiency irrespective of factors beyond the control of any of us.

    I have worked extensively as a neutral on the various Divisions of the NRAB over the years but not have done so much for the last ten years or so. My appointments by the NMB during this latter time-frame have been almost exclusively on PLBs and SBAs and I currently sit on quite of few of them. In fact, in the first two quarters of 2005 I accepted

2

appointments on several more, prior to being contacted by your office about the Third Division, NRAB appointment. Some of the Boards, particularly the SBAs, schedule hearings with some regularity and I am able to do reasonable forecasting in terms of time-management and still keep within the current NMB guidelines for issuing Awards. Some of the PLBs do also. But it does not always work out that way and there are years when there is a blurb on the screen and the number of cases docketed on the SBAs and PLBs on which I sit increases, and particularly so toward the end of a fiscal year. That has happened in 2005. This, coupled with the new appointments I accepted in the first two quarters of 2005 on several additional Boards all of which, it appears, will also have a fair number of cases docketed on them, puts me in a position whereby I have, at this point, a very full plate as a Section 3 labor neutral.

In view of this, and in view of what appears to be at least one side's concern, at the Third Division, about holding hearings on the docket of cases associated with my appointment earlier rather than later, which I understand of course and appreciate, I believe that the most prudent thing for me to do is to request that I be removed from the NRAB Third Division appointment in order to allow you to find another experienced neutral who might not, at this point in either case, have as heavy a case load as I. I am, therefore, offering my resignation from this NRAB appointment. I do want to thank you for thinking of me in making the appointment in the first place.

I would appreciate it if you could have your office advise the members of the Division about my resignation from this Third Division appointment, at your first convenience. Thank you very much.

On a different note, I certainly look forward to seeing you and other members of the NMB at the NARR meetings in Chicago this fall, which is always an enjoyable time for all of us to get together.

With best wishes.

Sincerely yours,

Edward L. Suntrup
Arbitrator

ELS/