# ATTACHMENT  5



**NATIONAL MEDIATION BOARD**
WASHINGTON, D.C. 20572

(202) 692-5000

November 7, 2005

Donald W. Cohen
1120 Brook Lane
Glenview, Illinois  60025

Dear Mr. Cohen:

Thank you for your letter dated October 26, 2005.  Because the NMB is operating under a continuing resolution, and in light of the fact that the NMB is uncertain about its FY 2006 budget, no hearings are budgeted at this time in any arbitrations.  Thus, while we will consider the legal issues raised in your letter in due course, we will do so once the NMB's budget is finalized for the coming fiscal year.

Sincerely,

Roland Watkins
Director, Office of Arbitration Service