# ATTACHMENT 6



# NATIONAL MEDIATION BOARD
WASHINGTON, D.C. 20572

(202) 692-5000

April 28, 2006

Donald W. Cohen
1120 Brook Lane
Glenview, Illinois 60025

Dear Mr. Cohen:

    I write in response to inquiries in letters you submitted to me on November 1, 2005 and March 2, 2006. Arbitrator Gerald Wallin had previously raised similar questions in reference to NRAB Docket Nos. MW-38271 to MW-38280. On April 20, 2006, I sent a follow-up letter regarding those cases before Arbitrator Wallin. That letter, which is enclosed herewith, should address your inquiry as well.

Sincerely,

*Roland Watkins*

Roland Watkins
Director of the Office of Arbitration Services

Cc:   Steve Powers
       Roy Robinson
       Michael Lesnick



# NATIONAL MEDIATION BOARD
WASHINGTON, D.C. 20572

(202) 692-5000

April 20, 2006

Joanna L. Moorhead
General Counsel
National Railway Labor Conference
1901 L Street, N.W., Suite 500
Washington, D.C. 20036 - 3514

Ronald M. Johnson
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036 - 1564

Richard S. Edelman
O'Donnell, Schwartz & Anderson, PC
1300 L Street, N.W.
Suite 1200
Washington, DC 20005

Re:  Request for Reconsideration of Letter to Gerald E. Wallin Dated August 10, 2005

Dear Ms. Moorhead, Mr. Johnson, and Mr. Edelman:

I write in response to letters you submitted to me on December 23, 2005, and January 17, February 22, and March 1, 2006. CSX Transportation and the National Railway Labor Conference ("NLRC") have asked that I reconsider the above-referenced letter to Arbitrator Wallin. That letter was written in response to three questions posed by Arbitrator Wallin regarding certain cases pending before Arbitrator Wallin (Docket Nos. MW-38271 - MW-38280).

There is clearly no need to decide whether the NMB has authority to rule on procedural issues or questions concerning the powers of Arbitrators. My letter did not purport to rule on anything. Instead, it was simply intended to respond to the three particular questions posed by Arbitrator Wallin to me specifically in the context of his concerns about indemnification and compensation. The letter simply expressed my opinions, as Director of the Office of Arbitration Services and NRAB Administrator, as to the answer to Arbitrator Wallin's three indemnification- and

compensation-related questions. It did not constitute a ruling or an order of any sort. Nor was it intended to be cited outside the particular facts and circumstances that confronted Arbitrator Wallin, or to address anything other than the three particular indemnification- and compensation-related questions he posed in that specific context.

One issue raised by the request for reconsideration, however, does warrant clarification. In expressing my opinion as to whether Arbitrator Wallin had authority to resolve procedural disputes, I did not intend to offer an opinion as to *how* Arbitrator Wallin should exercise that authority, and I certainly did not intend to suggest that Arbitrator Wallin should ignore any rules of procedure or other considerations that might be relevant to the proper resolution of the procedural issue. When I "requested" that Arbitrator Wallin conduct any hearing before the end of the fiscal year, the request was based solely on concerns relating to funding, and not on any view relating to the underlying merits of the scheduling dispute. Again, the letter was simply my response to Arbitrator Wallin's three questions raised in the context of indemnification and compensation concerns, and did not reflect a ruling or direction of any sort. Arbitrator Wallin remained free to interpret the scope of his own authority, and to address any questions he deemed to be within the scope of that authority, as he saw fit.

Sincerely,

Roland Watkins
Director of the Office of Arbitration Services

cc:   NMB Board Members
      Mary L. Johnson, General Counsel