# ATTACHMENT 7



# Brotherhood of Maintenance of Way Employes Division
## of the International Brotherhood of Teamsters

Freddie N. Simpson
*President*

Perry K. Geller, Sr.
*Secretary-Treasurer*

(Via E-mail and Overnight Delivery)
August 4, 2006

Mr. Roland Watkins
Director of Arbitration Services
National Mediation Board
1301 "K" Street, N.W.
Suite 250 East Tower
Washington, DC 20572

Dear Sir:

This is letter is to inquire why, as of this date, Mr. Donald Cohen has not been authorized to hear ten (10) CSXT-BMWE contracting cases on List 649 scheduled for August 23, 2006.

As you are aware, Mr. Cohen was appointed by the NMB on August 12, 2005 to hear these cases in accordance with Section 3 First (l) of the Railway Labor Act. For your ready reference, the final sentence of the aforementioned RLA provision states:

> "*** The Mediation Board shall be bound by the same provisions in the appointment of these neutral referees as are provided elsewhere in this Act for the appointment of arbitrators and shall *__fix and pay the compensation of such referees__*." (Emphasis added)

As you are equally aware, in late June, Mr. Cohen offered dates in July to hear these cases. However, because he had not requested to work in July by the NMB's arbitrarily imposed time limit, i.e., ten (10) days before the month in which the work days are requested, the date in July had to be rescheduled. Mr. Cohen offered August 23, 2006 as an alternative date and submitted his request to work in August within the time limits set by the NMB.

I spoke with Mr. Cohen this morning and he informed me that he has not yet been authorized to work in the month of August, 2006. Because Mr. Cohen has been appointed by the NMB to hear the aforementioned cases and has complied with the NMB mandates for requesting days to work, why is his approval being withheld? I am aware that other neutrals have requested and have been granted days to work and hear cases in the month of August, 2006. Why not Mr. Cohen?

Mr. Roland Watkins
August 4, 2006
Page 2

    The Carrier Member and the CSXT representatives are aware of the August 23, 2006 hearing date and plan on attending. The call has gone out to many of our people to rearrange their busy end of summer schedules in order to be present at the August 23, 2006 hearing and to now be informed that the NMB is withholding authorization of days for Mr. Cohen to hear these cases on August 23, 2006 is disturbing to say the least. As I have mentioned above, the NMB has appointed Mr. Cohen to sit and make Awards on the cases listed to him. It is now time for the NMB to comply with the aforementioned provisions of the RLA and approve and authorize Mr. Cohen's request for days to work in August to fulfill his duties as Neutral Member of the Board.

    I am awaiting an immediate response regarding this matter.

Sincerely,

Roy C. Robinson
Chairman - Third Division

RCR/tml

cc:   Mr. M. Lesnik - Vice Chairman