# ATTACHMENT 10



**NATIONAL MEDIATION BOARD**
WASHINGTON, D.C. 20572

(202) 692-5000

August 15, 2006

Arbitrator Donald W. Cohen
1220 Brook Lane
Glenview, Illinois 60025

Re: NRAB Third Division Appointment (NRAB Case Nos. 04-3-247, 04-3-248, 04-3-266, 04-3-267, 04-3-269, 04-3-610, 04-3-637, 04-3-638, 05-3-020 and 05-3-040.

Dear Mr. Cohen:

On August 12, 2005, you were appointed by me as the referee to sit with the Third Division of the National Railroad Adjustment Board (NRAB) of the National Mediation Board (NMB) for the purpose of resolving several disputes. The appointment was made pursuant to the NMB's authority under Paragraph (l) of Section 153, First, of the Railway Labor Act. The disputes are NRAB Case Nos. 04-3-247, 04-3-248, 04-3-266, 04-3-267, 04-3-269, 04-3-610, 04-3-637, 04-3-638, 05-3-020 and 05-3-040.

On August 14, 2006, CXS Transportation, Inc., informed the NRAB that these cases have been withdrawn and placed on a public law board pursuant to Section 153, Second, of the Act. For this reason, the certificate of appointment is declared void. Please contact Amber Holmes for information on the process available to compensate you for any work performed. Ms. Holmes can be contacted at 202-692-5055.

Thank your for accepting the appointment and the high degree of professionalism that you have displayed.

Sincerely,

Roland Watkins, Director
Office of Arbitration Services