# ATTACHMENT 11



# NATIONAL MEDIATION BOARD
WASHINGTON, D.C. 20572

(202) 692-5000

October 4, 2006

Arbitrator Donald W. Cohen
1220 Brook Lane
Glenview, Illinois 60025

Re: NRAB Third Division Appointment (NRAB Case Nos. 04-3-247, 04-3-248, 04-3-266, 04-3-267, 04-3-269, 04-3-610, 04-3-637, 04-3-638, 05-3-020 and 05-3-040.

Dear Mr. Cohen:

On August 15, 2006, I wrote to you in a purely ministerial capacity to acknowledge an apparent withdrawal of these cases by CSX pursuant to Section 3 Second. It now appears there is some dispute as to whether the withdrawal was proper and/or effective under the law. Because it is generally not the role of the NMB to determine substantive or procedural disputes of this sort, NMB takes no position on the propriety of the withdrawal. That is an issue that will have to be decided in some forum other than the NMB. Once that issue has been decided, the NMB will proceed accordingly.

Sincerely,

Roland Watkins

Roland Watkins, Director
Office of Arbitration Services