# ATTACHMENT 13

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

RONALD M. JOHNSON
202.887.4114/fax: 202.887.4288
rmjohnson@akingump.com

October 27, 2006

VIA FACSIMILE AND REGULAR MAIL

Ronald Watkins
Director, Office of Arbitration Services
National Mediation Board
1301 K Street, N.W.
Suite 250 East Tower
Washington DC 20572

Re: Public Law Board-BMWED and CSXT

Dear Mr. Watkins:

I am writing on behalf of CSX Transportation, Inc. concerning the October 25, 2006 letter to you from counsel for the Brotherhood of Maintenance of Way Employes Division/IBT requesting the appointment of a procedural neutral pursuant to Section 3, Second of the Railway Labor Act, 45 U.S.C. § 153, Second.

CSXT agrees that, as explained in the BMWED's letter, the parties failed to reach agreement on all aspects of the public law board that CSXT requested be established by its letter dated August 14, 2006 to the BMWED and therefore appointment of a procedural neutral is appropriate at this time. CSXT also agrees with the sentiments expressed in the penultimate paragraph of BMWED's letter regarding the background of an arbitrator who will serve as the procedural neutral. However, CSXT requests that the Board provide the parties with a strike list of seven arbitrators each with the background described in BMWED's letter. CSXT is authorized to state that BMWED joins in the request for such a list.

CSXT disagrees with the BMWED that cases for which Arbitrator Cohen had been appointed to sit with the Third Division of the National Railroad Adjustment Board could not lawfully be withdrawn from the Third Division to be placed on the PLB requested by CSXT. The parties very well may end up taking different positions before the procedural neutral whether the cases for which Arbitrator Cohen had been appointed when the cases were at the Third Division can be listed with this PLB. CSXT does not think that the Board should make any comment to an arbitrator appointed to be the procedural neutral on his or her authority relating to these particular cases. But, in any event, CSXT agrees that the communications from the Board

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / www.akingump.com

## AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

Roland Watkins
Director, Office of Arbitration Services
October 27, 2006
Page 2

to the procedural neutral advising of his or her appointment would not decide his or her authority on this matter.

Respectfully,

*Ron Johnson*

Ronald M. Johnson

cc: Steven V. Powers (via pdf)
James H. Wilson (via pdf)
Mary Johnson, General Counsel (via pdf)
Richard Edelman (via pdf)
Freddie Simpson (via pdf)
Roy C. Robinson (via pdf)