IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, DIVISION, IBT,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MEDIATION BOARD<br><br>and<br><br>CSX TRANSPORTATION, INC.,<br><br>Defendants. | Case No.: 1:06CV01532-CKK |

## PROPOSED ORDER

Upon consideration of the Motion to Dismiss filed by CSX Transportation, Inc. ("CSXT"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and any opposition thereto, it appears to the Court that Plaintiff's Complaint fails to state a claim against CSXT upon which relief can be granted.

THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is hereby dismissed in its entirety and with prejudice, as to Defendant CSXT.

SIGNED this _____ day of _____, 2006.

_____
United States District Judge