IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, DIVISION, IBT,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MEDIATION BOARD<br><br>and<br><br>CSX TRANSPORTATION, INC.,<br><br>Defendants. | Case No.: 1:06CV01532-CKK |

## CSX TRANSPORTATION, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for CSX Transportation, Inc. ("CSXT"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of CSXT which have any outstanding securities in the hands of the public:

1. CSX Corporation

2. Allegheny and Western Railway Company

3. The Baltimore and Cumberland Valley Rail Road Extension Company

4. The Central Rail Road Company of South Carolina

5. Cincinnati Inter-Terminal Railroad Company

6. Dayton and Michigan Railroad Company

7. The Home Avenue Railroad Company

8. Consolidated Rail Corporation

These representations are made in order that judges of this court may determine the need for recusal.

By: /s/ Ronald M. Johnson
Ronald M. Johnson
D.C. Bar No. 262311
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
Tel:  (202) 887-4000
Fax: (202) 887-4288
rmjohnson@akingump.com

**Attorney For Defendant
CSX Transportation, Inc.**

DATED:  November 9, 2006