UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
BROTHERHOOD OF MAINTENANCE )
OF WAY EMPLOYES, DIVISION, IBT )
                              )
        Plaintiff,            )
                              )
        v.                    )
                              ) Case No. 1:06-cv-01532- CKK
NATIONAL MEDIATION BOARD      )
                              )
and                           )
                              )
CSX TRANSPORTATION, INC.      )
                              )
        Defendants.           )
_____)

**UNOPPOSED MOTION OF BROTHERHOOD OF MAINTENANCE
OF WAY EMPLOYES DIVISION/IBT FOR EXTENSION OF
<u>BRIEFING SCHEDULE  ON MOTIONS FOR DISMISSAL</u>**

The Brotherhood of Maintenance of Way Employes Division/IBT ("BMWED") respectfully moves the Court for an extension of the briefing schedule on the motions for dismissal filed in this case by the National Mediation Board ("NMB") and CSX Transportation ("CSXT"). The NMB and CSXT filed their motions for dismissal on November 9, 2006, so memoranda in opposition are currently due on November 24, 2006. BMWED requests this extension of the schedule because of other litigation commitments of its counsel and the need for BMWED to respond to two separate motions to dismiss. BMWED requests that the time for all parties to file responses to the motions for dismissal be extended for two weeks until and including December 8, 2006. Because the requested extension would mean that the reply briefs

of the NMB and CSXT would be due at the end of December, counsel for the NMB and CSXT have stated that if this motion is granted, they would like their time to file their reply briefs to be extended to and including January 5, 2007.

     BMWED requests this extension because it will have to respond to two separate motions for dismissal which are each premised upon multiple and entirely distinct arguments. Additionally, since receipt of the two motions, BMWED's counsel has been engaged in other litigation which has precluded him from working on responses to the NMB and CSXT motions and which will preclude him from working on responses until after November 20, 2006. BMWED's counsel has been preparing for an arbitration of a discharged Postal employee which is scheduled to be heard on Friday, November 17, 2006 in Dallas, Texas. Additionally, BMWED's counsel has been working on an opposition to a motion for dismissal in *Brotherhood of Locomotive Engineers and Trainmen General Committee of Adjustment CSX Transportation Northern Lines v. CSX Transportation, Inc.* M.D. FL No. 3:06-688-VMV-TEM which is due on Monday November 20, 2006. Since the responses to the motions for dismissal in this case are currently due on November 24, 2006, and BMWED's counsel cannot work on those responses until after November 20, 2006, and the Thanksgiving holiday follows shortly thereafter, BMWED's counsel will be unable to complete the responses in time for filing on November 24, 2006. BMWED's counsel anticipates that he will require two weeks in which to prepare the responses. BMWED therefore requests that the due date for the parties to file responses to the motions to dismiss be extended until December 8, 2006.

     Counsel for BMWED has consulted with counsel for CSXT and the NMB regarding this

motion and they have authorized counsel for BMWED to state that they do not object to the requested extension. However, they stated that since the extension would mean that replies to BMWED's briefs would be due at the end of December, they would like their time to file their reply briefs to be extended to and including January 5, 2007. BMWED, therefore includes in this motion a request that the time for the NMB and CSXT to file their reply briefs be extended to January 5, 2007.

For the foregoing reasons BMWED respectfully requests that this motion be granted; and that the time for filing of responses to the motions for dismissal be extended to and including December 8, 2006, and that the time for CSXT and the NMB to file reply briefs be extended to and including January 5, 2007.

Respectfully submitted,

_____/s/_____
Richard S. Edelman
D.C. Bar No. 416348
O'Donnell, Schwartz & Anderson, P.C.
1900 L Street, N.W., #800
Washington, DC 20036
(202) 898-1824
fax (202)-429-8928

Of Counsel:
William A. Bon, Esq.
General Counsel
Brotherhood of Maintenance
of Way Employes
20300 Civic Center Dr. Suite 320
Southfield, MI 48076-4169
(248) 948-1010

November 15, 2006

Attorneys for Plaintiffs Brotherhood of Maintenance of Way Employes Division/IBT