IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BROTHERHOOD OF MAINTENANCE ) <br> Of WAY EMPLOYES, DIVISION, IBT ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL MEDIATION BOARD ) <br> ) <br> and ) <br> ) <br> CSX TRANSPORTATION, INC. ) <br> ) <br> Defendants ) <br> ) | Case No. 1:06-CV-01532 |

## SECOND DECLARATION OF ROLAND WATKINS

I, Roland Watkins, hereby declare and state as follows:

1. I am the National Mediation Board's Director of Arbitration Services, a position I have held since April 21, 1999. My duties and responsibilities are discussed in my initial Declaration filed with the Defendant's motion for dismissal of the Complaint.

2. The purpose of this Second Declaration is to respond to the Memorandum in Opposition to Motion of the National Mediation Board for Dismissal of Complaint filed by the Plaintiff, the Brotherhood of Maintenance of Way Employes Division of the International Brotherhood of Teamsters (BMWED).

3. In particular, this Second Declaration is submitted to describe additional events following plaintiff's October 25, 2006 request for the appointment of a procedural neutral (as explained in paragraphs 23 and 24 of my initial Declaration). As I explained in my initial Declaration, CSX wrote to me on October 27, 2006, and agreed with plaintiff that "appointment

of a procedural neutral is appropriate at this time." CSX further requested that the NMB provide the parties with a strike list of seven arbitrators, rather than simply appointing an individual procedural neutral, and noted that "BMWED joins in the request for such a list."

4. In a letter dated November 14, 2006, I wrote to BMWED and CSX, stating that it "does not appear that 45 U.S.C. Section 153, Second, provides for a strike list." Accordingly, I asked the parties to clarify whether an individual appointment was still requested, or alternatively, to "identify any legal basis for requesting a strike list." (Attachment 1).

5. On November 22, 2006, the parties each provided a response, reiterating their request for a strike list. (Attachments 2 & 3). CSX argued, among other things, that the NMB has "discretion" to provide a strike list under the RLA. (Attachment 3). BMWED also argued that the NMB should provide a strike list, asserting that "[t]he statute does not explicitly or implicitly authorize the use of strike lists but it certainly does not prohibit them." (Attachment 2).

6. On December 14, 2006, I received a letter from the BMWED inquiring as to the status of the request for a strike list. (Attachment 4).

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2007, in the City of Washington, the District of Columbia.

*[signature: Roland Watkins]*
Roland Watkins
Director of Arbitration Services
National Mediation Board

## ATTACHMENTS TO DECLARATION

1. November 14, 2006 letter from Roland Watkins to BMWED and CSX
2. November 22, 2006 letter from BMWED to Roland Watkins
3. November 22, 2006 letter from CSX to Roland Watkins
4. December 14, 2006 letter from BMWED to Roland Watkins

# ATTACHMENT 1



# NATIONAL MEDIATION BOARD
WASHINGTON, D.C. 20572

(202) 692-5000

November 14, 2006

VIA Facsimile

Richard S. Edelman
O'Donnell, Schwartz & Anderson, P.C.
1900 L Street, N.W., Suite 800
Washington, D.C. 20036-5028

Ronald M. Johnson
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Gentlemen:

I have received a letter dated October 25, 2006 from the Brotherhood of Maintenance of Way Employes Division/International Brotherhood of Teamsters (BMWE) involving a matter under Section 3 of the Railway Labor Act with CSX Transportation, Inc. (CSX). BMWE requests that the National Mediation Board (NMB) "appoint a neutral to resolve the issues between the parties concerning the establishment of a [public law board]."

In a letter dated October 27, 2006, CSX stated that "appointment of a procedural neutral is appropriate at this time." However, CSX requests that the NMB provide a "strike list of seven arbitrators." CSX also stated that BMWE joined in the request for a list.

It does not appear that the 45 U.S.C. § 153, Second, provides for a strike list. In the absence of some legal basis for the parties' request, I am inclined to simply appoint a neutral as provided under the RLA. Accordingly, please clarify whether such an appointment is still requested or, alternatively, identify any legal basis for requesting a strike list.

Sincerely,

Roland Watkins
Director, Office of Arbitration Services

Cc: Steven V. Powers, BMWE
    James H. Wilson, CSX

**ATTACHMENT 2**

# O'Donnell, Schwartz & Anderson, P.C.
## Counselors at Law

DARRYL J. ANDERSON
MARTIN R. GANZGLASS
LEE W. JACKSON
ANTON G. HAJJAR*
RICHARD S. EDELMAN
PETER J. LEFF**
MELINDA K. HOLMES
DANIEL B. SMITH*
BRENDA C. ZWACK
JENNIFER L. WOOD†

1900 L Street, N.W., Suite 800
Washington, D.C. 20036-5023

(202) 898-1824
FAX (202) 429-8928

JOHN F. O'DONNELL
(1907-1993)
ASHER W. SCHWARTZ
(1911-2006)

1300 L Street, N.W.
Suite 1200
Washington, D.C. 20005
(202) 898-1707

* ALSO MD
** ALSO VA
† VA BAR ONLY

November 22, 2006

*By facsimile transmission
and First Class Mail*

Roland Watkins
Director, Office of Arbitration Services
National Mediation Board
1301 K Street, N.W., Suite 250 East Tower
Washington, DC 20572

Re: Public Law Board-BMWED and CSXT

Dear Mr. Watkins,

This letter is in response to yours of November 14, 2006, regarding CSX Transportation's proposal for establishment of a Public Law Board pursuant to RLA Section 3 Second to hear various cases with the Brotherhood of Maintenance of Way Employes Division/IBT.

As I advised you by letter dated October 25, 2006, the parties continue to disagree about the handling of the cases encompassed by CSXT's proposal, including whether ten NRAB cases for which Arbitrator Donald Cohen had already been selected to sit as a neutral member to make awards could be included on the new PLB proposed by CSXT. Among other things, the parties disagreed about whether other contracting-out cases in addition to those identified by CSXT should be referred to the new PLB; and about certain procedural terms of the PLB agreement. Because the partisan members of the PLB were unable to reach an agreement, BMWED requested that the Mediation Board appoint a neutral to resolve the issues concerning the establishment of a PLB, while noting that the attempted withdrawal of the cases from Arbitrator Cohen would have to be decided by the U.S. District Court in Washington, D.C. CSXT's October 27, 2006 response noted the Carrier's differences with the Union, but agreed that appointment of a procedural neutral was necessary. CSXT also requested that the NMB provide a strike list of seven arbitrators to the parties as part of the selection and appointment process. With authorization from BMWED, CSXT represented that the Union joined in that specific request.

Your letter of November 14 concerned the joint request for a strike list, suggested that

1

Section 3 Second does not provide for a strike list, inquired as to whether the parties still sought appointment of neutral and requested that we "identify any legal basis for requesting a strike list".

This letter will confirm that BMWED still believes that a neutral should be appointed for a procedural board in this matter, consistent with my October 25, 2006 letter. This letter will also affirm CSXT's representation that BMWED concurs in the request that the Board provide a seven person strike list to the parties.

With respect to your question about the legal basis for the NMB to provide a strike list, BMWED notes that Section 3 Second gives the NMB authority to appoint a neutral to resolve procedural issues regarding establishment of a Public Law Board, but it is silent as to how that may be done. The statute does not explicitly or implicitly authorize the use of strike lists, but it certainly does not prohibit them. Nor does the statute specify any particular method for selecting procedural neutrals which might be viewed as implicitly excluding other methods of selecting neutrals. Accordingly, there is no need to identify an express legal basis for the NMB to effect an appointment by providing a strike list to the parties. Furthermore, BMWED notes that the NMB has historically honored joint requests for strike lists by providing such lists; this is, of course consistent with the NMB's often expressed desire to facilitate agreements between the parties. In any event, this is a well-established practice that does not violate or conflict with any part of the RLA. Among the BMWED representatives who are involved in this dispute, no one can recall a case where NMB refused to provide a strike list when both parties agreed to a strike list.

Finally, BMWED submits that the Board should consider the consequences of a decision not to provide a strike list when such a list was requested by CSXT and BMWED. Rejection of the parties' joint request would raise a number of troubling questions about the process of arbitrator appointment; including the following: Would this mean that the NMB would refuse all requests for strike lists? Or would the NMB decline only certain requests? If so, how will that decision be made? Does this disinclination to provide a list apply only to these parties? If so, what would be the basis or bases for any such distinction? Given nature of these questions, as well as other questions that will ensue if the Board refuses this joint request for a strike list, BMWED urges the Board to adhere to its longstanding practice and provide a strike list to the parties in accordance with their mutual requests for such a list.

Respectfully,

Richard S. Edelman
O'Donnell, Schwartz & Anderson, P.C.

cc: James H. Wilson
Steven V. Powers
Mary Johnson, General Counsel
Ronald M. Johnson
Freddie Simpson
Roy C. Robinson

# ATTACHMENT 3

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

**RONALD M. JOHNSON**
202.887.4114/fax: 202.887.4288
rmjohnson@akingump.com

November 22, 2006

VIA FIRST CLASS MAIL & FACSIMILE

Roland Watkins
Director, Office of Arbitration Services
National Mediation Board
1301 K Street, N.W.
Suite 250 East Tower
Washington, DC 20572

Dear Mr. Watkins:

I am responding on behalf of CSX Transportation, Inc. to your letter dated November 14, 2006, which was addressed to myself and counsel for the Brotherhood of Maintenance of Way Employes, IBT.

CSXT still desires the appointment of a neutral to resolve disagreements over the establishment of a public law board, which board CSXT requested in its August 14, 2006 letter to various BMWED General Chairmen. As I explain in this letter, CSXT believes that the Board has the legal authority to provide a strike list as jointly requested by CSXT and BMWED.

CSXT believes that the Board has legal authority under the Railway Labor Act, 45 U.S.C. § 153, Second, to provide such a list, when one is requested by joint agreement of the parties. Section 153, Second provides that, in the event the partisan members of a public law board ("PLB") cannot agree on the selection of a neutral member, "either member of the board may request the Mediation Board to appoint such neutral person and upon receipt of such request the Mediation Board shall promptly make such an appointment." It is true that this Section does not expressly provide for a strike list, but, the Section also does not specify the methodology by which the parties can make a request or that the Board can select and appoint a neutral. CSXT believes that the statutory duty to appoint a neutral allows the Board discretion in how to accomplish the appointment when the parties are in agreement on a methodology, as in the instant circumstances. As you know, historically, in the performance of its role under Section 3, Second, the Board has always, within CSXT's experience, provided a strike list when a joint request is made by the parties to the dispute in a variety of arbitration contests. This has been the practice by your Office and the Board for several decades, as long as anyone can remember.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Roland Watkins
November 22, 2006
Page 2

Indeed, this is shown on the Board's own website. In explaining its role in arbitration, the Board states there that "[t]he NMB furnishes panels of prospective arbitrators for the parties' selection in both the airline and railroad industries." www.nmb.gov. NMB and RLA Fact Sheet, page 5 (Nov. 21, 2006). This historic role is explained in similar terms in the Board's annual reports. For example, in its report for fiscal year 2001, the Board stated that "[t]he the Board furnishes panels of prospective arbitrators for the parties' selection in both the airline and railroad industries." 2001 Annual Performance Report at 8 ( Sept. 11, 2001). The Board there also stated that, in connection with interest arbitration, "[t]he NMB generally provides the parties with panels of potential arbitrators from which they select the individual to resolve the dispute." Id. at 7. Section 7, Second (b) of the RLA, 45 U.S.C. §§ 157, Second (a) and (b), which provides for appointment of arbitrators in interest arbitration, state that, upon failure of the parties to agree, "such arbitration shall be named by the Mediation Board." Regarding the provision of lists of arbitrators from which the parties select a neutral member or members for an airline system board of adjustment established under 45 U.S.C. § 183, or to select an arbitrator for interest arbitration, I note that the RLA also makes no express provision for providing such lists.

Similarly, when the partisan members of the National Railroad Adjustment Board cannot agree on a neutral member, called a "referee," either member or party can request the Board to "select and name the referee . . . ." 45 U.S.C. § 153, First (l). In CSXT's experience, the Board has provided a strike list when one has been jointly requested by members of a Division of the NRAB. Examples of such requests to your Office are attached to this letter.

Section 3 of the RLA also does not expressly provide any legal authority for the Board's maintenance of a list of approved arbitrators, but the Board, in its administration of arbitration, has nonetheless maintained one for many years. The Board has also promulgated regulations that provide for the Board, in essence, to act as a docketing clerk for PLB's. For example, the Board's regulations specify that the agreement creating a PLB be filed with the Board and that the Board will assign a designation number for each PLB. See 29 C.F.R. § 1207.4. Again, there is nothing in the RLA that expressly provides legal authority for the Board to promulgate these requirements.

In sum, the Board has a certain amount of latitude in fulfilling its roles under Section 3 of the RLA, as long as its actions are not in conflict with a provision of the RLA. The actions described above, which occur under several different provisions of the RLA, while not expressly authorized by the RLA, facilitate arbitration. Providing a strike list, when one is jointly requested, as the Board has historically done, is not contrary to a provision of Section 3 and

AKIN GUMP
STRAUSS HAUER & FELD LLP
——————— Attorneys at Law

Roland Watkins
November 22, 2006
Page 3

likewise facilitates arbitration. CSXT renews it request that the Board provide a strike list as has been jointly requested by CSXT and BMWED.

Sincerely yours,

*Ron Johnson*

cc:   Mary Johnson, Esq. (via facsimile)
      Richard S. Edelman, Esq. (via electronic mail)
      Steven V. Powers (via electronic mail)
      James H. Wilson (via electronic mail)

# NATIONAL RAILROAD ADJUSTMENT BOARD
## THIRD DIVISION
844 N. RUSH STREET
ROOM 944
CHICAGO, ILLINOIS 60611-2092

March 15, 2006

RE: Referee Strike List - 21 Names

Mr. Roland Watkins
Director of Arbitration Services
National Mediation Board
1301 K Street, NW
Suite 250 East Tower
Washington, D.C. 20572-0002

Dear Mr. Watkins:

The partisan Members of the Third Division have conferred, but have been unable to reach agreement concerning the selection of neutral Members for three proposed Deadlock Lists. We therefore request that the National Mediation Board provide one Referee Strike List consisting of a panel of 21 potential Referees who are <u>Members of the National Academy of Arbitrators</u>, from which the Chairman and Vice Chairman will alternately strike names to select three neutral Members of the Board, with the first strike to be allocated to the Carrier Members or the Labor Members by a coin toss.

The Referee Strike List should be electronically sent to the undersigned:

Roy C. Robinson                           Michael C. Lesnik
royr@bmwe.org                             mlesnik@rrnrlc.org

Thank you for your assistance in this matter.

*Roy C. Robinson*                         *Michael C. Lesnik*
Roy C. Robinson, Chairman                 Michael C. Lesnik, Vice Chairman

Copy: Third Division Members

# NATIONAL RAILROAD ADJUSTMENT BOARD
## THIRD DIVISION
844 N. RUSH STREET
ROOM 944
CHICAGO, ILLINOIS 60611-2092

*LIST 537*

November 29, 1999

RECEIVED 12/1/99
DEC 0 1 1999
M. C. LESNIK

**Sent via Fax - Hard Copy to Follow**

Mr. Roland Watkins
Director Arbitrations Services
National Mediation Board
1301 K Street, NW, Room 250 East Tower
Washington, DC 20572-0002

Dear Mr. Watkins:

    Please be advised that the Third Division is unable to agree on arbitrators for proposed List No. 536. Therefore, in behalf of the Union Members I am requesting that your office provide us with a strike list consisting of seven arbitrators from the NMB roster.

    Please send a copy of the strike list to Third Division Vice Chairman M. C. Lesnik and I as soon as possible. Your early attention to this matter is appreciated.

Yours truly,

William R. Miller
Chairman, Third Division

cc: M. C. Lesnik, Vice Chairman
All Members Third Division

# ATTACHMENT 4

DEC 14'06 PM 1:37

# O'Donnell, Schwartz & Anderson, P. C.
### Counselors at Law

DARRYL J. ANDERSON
MARTIN R. GANZGLASS
LEE W. JACKSON
ANTON G. HAJJAR*
RICHARD S. EDELMAN
PETER J. LEFF**
MELINDA K. HOLMES
DANIEL B. SMITH*
BRENDA C. ZWACK
JENNIFER L. WOOD†

1900 L Street, N.W., Suite 800
Washington, D. C. 20036-5023

(202) 898-1824
FAX (202) 429-8928



JOHN F. O'DONNELL
(1907-1993)
ASHER W. SCHWARTZ
(1911-2006)

1300 L Street, N.W.
Suite 1200
Washington, D. C. 20005
(202) 898-1707

* ALSO MD
** ALSO VA
† VA BAR ONLY

December 14, 2006

*By facsimile transmission*
*and First Class Mail*

Roland Watkins
Director, Office of Arbitration Services
National Mediation Board
1301 K Street, N.W., Suite 250 East Tower
Washington, DC 20572

Re: Public Law Board strike lists-BMWED and CSXT

Dear Mr. Watkins,

I am writing on behalf of the Brotherhood of Maintenance of Way Employes Division/IBT ("BMWED") to express the organization's concern regarding the NMB's failure to provide BMWED and CSX Transportation with lists of arbitrators from which they may strike names for arbitrator selection in two different matters ("strike lists"). On October 25, 2006, BMWED requested appointment of a procedural neutral to determine unresolved elements of an agreement for establishment of a Public Law Board for certain BMWED-CSXT cases. CSXT responded by requesting that the NMB provide a strike list, noting BMWED's concurrence in that request. On November 16, 2006, BMWED requested that the NMB provide a strike list for selection of a neutral for PLB No. 6514, in accordance with a PLB agreement for that board. However, seven weeks have passed after the first request, and four weeks have passed since the second request, without any action by the NMB. The NMB did query the parties about the propriety of provision of a strike list for the procedural neutral for the first set of cases, but BMWED and CSXT both responded showing that provision of a strike list when requested by was both parties was proper and in accordance with well-established NMB practice. Three weeks have passed since those responses were submitted and still no list has been provided to the parties

Given the amount of time that has passed after these two requests it is surprising and worrisome that the NMB has not yet provided strike lists. BMWED's concerns about what is going on are amplified by the previous delays that have occurred in related matters and the fact that the process of providing strike lists is both simple and routine. There seems to be no

reasonable explanation why the Board would take so long in providing these lists. Indeed, in meetings with representatives of rail labor and rail management, the Board had advised the attendees that it will be using a random selection computer program to produce strike lists from the NMB's standing roster of arbitrators. Such lists should be produced relatively automatically by this computer generated process. But irrespective of how the lists are generated, the fact remains that we still do not have strike lists for these cases and that is quite troubling.

I also note that Section 3 Second of the RLA says that the NMB "shall promptly" designate neutrals for PLBs (procedural and merits). What has occurred with regard to these two requests has been anything but prompt. BMWED therefore calls on the Board to fulfill its responsibilities and to provide the requested strike lists forthwith.

Respectfully,

Richard S. Edelman<br>
O'Donnell, Schwartz & Anderson, P.C.

cc:  James H. Wilson
     Steven V. Powers
     Mary Johnson, General Counsel
     Ronald M. Johnson
     Freddie Simpson