UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, DIVISION, IBT<br><br>Plaintiff,<br><br>NATIONAL MEDIATION BOARD<br><br>and<br><br>CSX TRANSPORTATION, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No.1:06-CV-01532 CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF CORRECTED
DECLARATION OF STEVEN V. POWERS**

Plaintiff, the Brotherhood of Maintenance of Way Employes Division/IBT("BMWED") is herewith filing a corrected declaration of Steven V. Powers in replace of the Powers Declaration that was submitted in support of BMWED's memoranda in opposition to the motions of CSX Transportation and the National Mediation Board for dismissal of BMWED's complaint in this case.

BMWED's counsel inadvertently electronically submitted the Powers declaration as an attachment to BMWED's memoranda without an "electronic signature" or indication of date of execution. BMWED is therefore submitting a corrected version that verifies the declaration by electronic signature and indicates the date of the declaration. There is no change to the Powers declaration other than in these two aspects and in the heading to note the correction.

Respectfully submitted,

_____/s/_____

1

|  |  |
|---|---|
| Of Counsel: | Richard S. Edelman |
|  | D.C. Bar No. 416348 |
| William A. Bon, Esq. | O'Donnell, Schwartz & Anderson, P.C. |
| General Counsel | 1900 L Street, N.W., #800 |
| Brotherhood of Maintenance | Washington, DC 20036 |
| of Way Employes | (202) 898-1824 |
| 20300 Civic Center Dr. Suite 320 | fax (202)-429-8928 |
| Southfield, MI 48076-4169 |  |
| (248) 948-1010 |  |

January 19, 2007

    Attorneys for Plaintiffs Brotherhood of Maintenance of Way Employes Division/IBT