UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, DIVISION, IBT <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD <br><br> and <br><br> CSX TRANSPORTATION, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:06-cv-01532- CKK ) ) ) ) ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE 41(a)(1)(i)**

Plaintiff, Brotherhood of Maintenance of Way Employes Division/IBT ("BMWED") hereby voluntarily dismisses the complaint it filed in this case pursuant to Fed. R. Civ. P. 41(a)(1)(i). No answer or motion for summary judgment was filed in this case by the defendants, so voluntary dismissal without prejudice by notice under Rule 41(a)(1)(i) is appropriate.

Respectfully submitted,

_____/s/_____
Richard S. Edelman

Of Counsel:
William A. Bon, Esq.
General Counsel
Brotherhood of Maintenance
of Way Employes
20300 Civic Center Dr. Suite 320
Southfield, MI 48076-4169
(248) 948-1010

D.C. Bar No. 416348
O'Donnell, Schwartz & Anderson, P.C.
1900 L Street, N.W., #800
Washington, DC 20036
(202) 898-1824
fax (202)-429-8928

August 31, 2007